

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

January 28, 2022

**VIA ECF ONLY**

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  *Covet & Mane, LLC v. Invisible Bead Extensions, LLC*
           <u>Case No. 21-cv-07740 (JPC)</u>

Dear Magistrate Judge Lehrburger:

      We are counsel to Invisible Bead Extensions, LLC ("IBE") in the above-captioned matter. We write to the Court now in connection with the Court's January 26, 2022 order wherein the parties have been instructed to appear telephonically on January 31, 2022 at 1:00 p.m. in connection with IBE's recent pre-motion application concerning plaintiff/counterclaim defendant's inadequately pled affirmative defenses. (ECF 31; 35.)

      Unfortunately, the undersigned has a conflict on January 31, 2022 at 1:00 p.m. in connection with another matter currently pending before this Court. Counsel for the parties have conferred regarding alternative dates and times and wish to advise the Court that we can be available Tuesday, February 1st after 1:30 p.m. and before 3:30 p.m., or on Wednesday, February 2nd essentially anytime before 4 p.m.

      Naturally, should the Court wish to discuss this request with IBE, we are available at the Court's convenience.

Hon. Robert W. Lehrburger, U.S.M.J.
January 27, 2022
Page 2 of 2

    We appreciate the Court's consideration of this request.

                                            Respectfully submitted,

                                            Joel G. MacMull

cc:    All counsel of Record (*via ECF only*)

The parties' request is granted. The pre-motion conference scheduled for January 31, 2022 is adjourned to February 2, 2022 at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date:   January 28, 2022
           New York, New York

                                                JOHN P. CRONAN
                                            United States District Judge