USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COVET & MANE, LLC,

                      Plaintiff,

    - against -

INVISIBLE BEAD EXTENSIONS, et al.,

                      Defendants.
------------------------------------------------------------X

21-CV-7740 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order addresses the parties' correspondence regarding Defendant's letter motion at Dkts. 63, 72, and 73. By June 7, 2022, Plaintiff shall provide a letter to Defendant identifying any categories of documents it knows exist but is withholding based on objections to document requests. Plaintiff need not provide any such information for requests where the parties have agreed that Plaintiff need only produce documents "sufficient to show." Additionally, Plaintiff need not provide a request-by-request response. The parties' respective requests for fees and costs are DENIED.

                                  SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2022
       New York, New York