

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

July 21, 2022

**VIA ECF ONLY**

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__7/21/2022__

> **Re:**   ***Covet & Mane, LLC v. Invisible Bead Extensions, LLC***
> **Case No. 21-cv-07740-(JPC) (RWL)**

Dear Magistrate Judge Lehrburger:

We represent defendant/counterclaim plaintiff Invisible Bead Extensions, LLC ("IBE") in connection with the above-captioned matter. On July 19, 2022, pursuant to Local Civil Rule 37.2 and Rule II(D) of Your Honor's Individual Practices in Civil Cases, plaintiff Covet & Mane, LLC ("C&M") filed a letter motion for a conference with the Court in advance of filing a motion compel the deposition of IBE's counsel, Robert Spendlove, Esq. (D.E. 87). Under Rule II(D), the deadline for IBE to file a responsive letter is this Friday, July 22, 2022. We write to the Court now to respectfully request a short extension of the time for IBE to respond to the letter motion to Tuesday, July 26, 2022.

Pursuant to Fed. R. Civ. P. 6(b)(1), IBE submits good cause exists for its requested extension of time. The undersigned counsel for IBE will be deposing C&M in this case on both July 21 and July 22, 2022, and can only first turn his attention to C&M's letter motion thereafter. IBE has not previously requested any extensions

4883-4477-1882, v. 1

Hon. Robert W. Lehrburger, U.S.M.J.
July 21, 2022
Page 2 of 2



to file its response letter. Counsel for C&M has consented to this request for an extension.

     We thank the Court for its continued attention to this matter.

Respectfully submitted,
MANDELBAUM BARRETT PC

Joel G. MacMull

cc: All Counsel of Record (*via ECF only*)

SO ORDERED:

_____   7/21/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE