USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COVET & MANE, LLC,

                      Plaintiff,

     - against -

INVISIBLE BEAD EXTENSIONS, et al.,

                     Defendants.
-------------------------------------------------------------X

21-CV-7740 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court will schedule a conference to address the discovery issues raised at Dkt. 87 and 90 and responses thereto. By August 3, 2022, Defendant shall file a complete copy of the transcript from the Dafina Smith deposition (both days). A clean minuscript version with index is preferred if one has been made. However, a rough transcript in non-minuscript form is acceptable if the clean transcript is not yet available.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2022
       New York, New York