USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

COVET & MANE, LLC,                                :

                                   Plaintiff,     :          21-CV-7740 (JPC) (RWL)
                                                  :
        - against -                               :          **ORDER**
INVISIBLE BEAD EXTENSIONS, et al.,                :
                                                  :
                                   Defendants.    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issues raised in regard to the deposition of Dafina Smith at Dkt. 90 and 93.

The Court has reviewed the transcripts of the deposition. The Court finds that (1) counsel for both parties acted unprofessionally in exchanging snide comments; (2) Ms. Smith's answers for much of the first day of deposition were unduly evasive; (3) Ms. Horgan interposed questionable privilege objections; (4) there was good cause for the deposition to end when it did on both days given the court reporter's obligations and Mr. MacMull's unexpected family medical issue that arose on the second day, and also given defense counsel's agreement to start both days at 11:00 a.m.; and (5) sanctions are not warranted.

Accordingly, Ms. Smith shall appear for continuation of her deposition so that Defendants may have a full 14 hours as agreed. The remaining relief requested by the parties is denied.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2022
       New York, New York