```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COVET & MANE, LLC,                              :
                                                :      21-CV-7740 (JPC) (RWL)
                        Plaintiff,              :
                                                :
        - against -                             :      ORDER
INVISIBLE BEAD EXTENSIONS, et al.,              :
                                                :
                        Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on August 22, 2022:

1. Plaintiff's letter motion to compel the deposition of Robert Spendlove, Esq. is denied without prejudice to a future application based on a sufficient record. Defendant's request for fees/sanctions in connection with opposing the motion is denied.

2. Rulings were made on directions not to answer made at the deposition of Dafina Smith.

3. Defendant's request to compel as set forth in its August 21, 2022 letter is denied as moot because Plaintiff provided the requested explanation during the conference.

This resolves the letter motions at Dkt. 87, 104, and 105.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 22, 2022
New York, New York