**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022
```

COVET & MANE, LLC,

          Plaintiff,

v.

INVISIBLE BEAD EXTENSIONS, LLC,

          Defendants.

Case No. 21 Civ. 07740 (JPC)(RWL)

**MOTION TO FILE DOCUMENT UNDER SEAL**

      Pursuant to Rule B of the Rules for Redactions and Filing Under Seal in Appendix A of the Individual Practices in Civil Cases of Robert W. Lehrburger, United States Magistrate Judge, as of September 28, 2021, Plaintiff Covet & Mane, LLC ("Plaintiff" or "C&M") hereby moves to file a redacted copy of a letter to the Court regarding an extension of the date of September 2, 2022 for the end of fact discovery and the circumstances necessitating the extension (the "Letter").

      The reason Plaintiff seeks to file the Letter in redacted form is that Defendant Invisible Bead Extensions, LLC ("Defendant" or "IBE") has designated the entirety of its document production on August 11, 2022, 8,358 pages of documents, Bates Nos. IBE0002637 – 10,995, as Attorneys' Eyes Only pursuant to the So-Ordered Confidentiality Agreement, filed on March 3, 2022, as ECF Doc. No. 48. Defendant has also designated portions of the deposition of a third-party witness, Cassadi Currier, and portions of the Fed. R. Civ. P. 30(b)(6) deposition of IBE, and the depositions of IBE's principals, Tyler Turley and McKenzie Turley, as Attorneys' Eyes Only pursuant to the So-Ordered Confidentiality Agreement. Since the Letter summarizes certain documents and portions of testimony from these depositions, Plaintiff hereby requests to file a copy of the Letter with these summaries redacted. Although Plaintiff does not agree with these

designations, in an abundance of caution, it seeks to file a redacted version of the Letter. However, we hereby request that the Court allow Plaintiff to file a redacted version of the Letter to permit Defendant to file a letter motion requesting that the material remain under seal and address the reasons for its position pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016).

An unredacted copy of the has been sent to Chambers by email and served upon Defendant's counsel. A redacted copy of the Letter is annexed hereto as **Exhibit 1**.

Dated: New York, New York  
      August 29, 2022

Respectfully submitted,

By: _____  
Laura-Michelle Horgan

**BARTON LLP**  
711 Third Avenue, 14th Floor  
New York, New York 10017  
Tel.: (212) 687-6262  
Fax: (212) 687-3667  
mross@bartonesq.com  
lmhorgan@bartonesq.com

*Attorneys for Plaintiff*  
*Covet & Mane, LLC*

SO ORDERED:

_____ 9/6/2022

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I certify that on the 9th day of August, 2022, the foregoing was served on all counsel of record via electronic mail.

Dated: August 29, 2022

                    **Laura-Michelle Horgan**
                    **BARTON LLP**
                    711 Third Avenue, 14th Floor
                    New York, New York 10017
                    Tel.: (212) 687-6262
                    lmhorgan@bartonesq.com
                    mross@bartonesq.com

                    *Attorneys for Plaintiff*
                    *Covet & Mane, LLC*