USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COVET & MANE, LLC,

                    Plaintiff,

    - against -

INVISIBLE BEAD EXTENSIONS, et al.,

                    Defendants.
------------------------------------------------------------X

21-CV-7740 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issues regarding Plaintiff's application to file a Second Amended Complaint and to extend the discovery schedule. (*See* Dkts. 108, 111, 112, 116.)

As discussed at the telephone conference held on September 12, 2022, the parties will formally brief Plaintiff's motion to amend. Plaintiff shall file its motion by September 26, 2022; Defendant shall file its response by October 12, 2022; and Plaintiff shall file its reply, if any, by October 2022.

Fact discovery is extended until October 31, 2022.

                                                          SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2022
          New York, New York