# BARTON

Laura-Michelle Horgan, Esq.
Direct dial: 212-885-8824
lmhorgan@bartonesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2022

ATTORNEYS AT LAW

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262  Office
(212) 687.3667  Fax

bartonesq.com

September 25, 2022

**VIA: ECF FILING**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court Southern
District of New York
500 Pearl Street, Room 1320
New York, NY 10007

          **Re:**     *Covet & Mane, LLC. v. Invisible Bead Extensions, LLC*, Case No. 21-cv-7740-(JPC) (RWL)

Dear Judge Lehrburger:

      I represent Plaintiff Covet & Mane, LLC ("Plaintiff") in the above-referenced matter. We write to request an emergency forty-eight (48) hour extension of time to file Plaintiff's Motion For Leave to Amend papers. The reason for the request is that my ten year old daughter fractured her arm at school on Friday and had to go to Urgent Care to get a cast. Over the weekend, I was able to get her an appointment with an orthopedist in Westchester tomorrow morning. Additionally, my co-counsel, Maurice Ross, Esq., is out of town preparing witnesses for a trial, and our associate is out of the office tomorrow for Rosh Hoshana.

      Given these extenuating circumstances, I emailed Defendant Invisible Bead Extensions, LLC ("Defendant") this evening to request the extension, but I received an automatic email response from Joel MacMull, Esq. that he is out of the office until Tuesday, also for Rosh Hoshana. I am not certain when I will hear back from counsel in Utah, so I thought it would be most prudent to write the Court tonight. I have advised Defendant's counsel that we would give them an extension of two days to submit their opposition (from Wednesday, October 12, 2022 until Friday, October 14, 2022), and that Plaintiff will file its reply on the current due date of Thursday, October 20, 2022.

New York | Los Angeles | Nashville



I greatly appreciate the Court's consideration of this emergency request.

Respectfully submitted,

Laura-Michelle Horgan

cc:  Joel MacMull, Esq.,
Robert Spendlove, Esq.
James Spendlove, Esq.

Extension granted.

SO ORDERED:

9/26/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE