# Exhibit 5



# 18

## BRAIDING AND BRAID EXTENSIONS

# LEARNING OBJECTIVES

After completing this chapter, you will be able to:

## LO❶
Know the general history of braiding.

## LO❷
Recognize braiding basics and the importance of a consultation.

## LO❸
Explain how to prepare the hair for braiding.

## LO❹
Describe six types of braiding techniques: rope, fishtail, halo, invisible, single, and single braids with extensions.

## LO❺
Demonstrate the procedure for cornrowing.

## LO❻
Explain the techniques for textured sets and styles.

## LO❼
Demonstrate the procedures for starting locks and lock grooming.

## OUTLINE

**WHY STUDY BRAIDING AND BRAID EXTENSIONS?**   529

**UNDERSTAND THE BASICS OF BRAIDING**   529

**BRAID THE HAIR**   535

**CLASSIFY TEXTURED SETS AND STYLES**   540

**PERFORM PROCEDURES**   544

*After reading the next few sections, you will be able to:*

**LO❶**  Know the general history of braiding.

From its origins in Africa to its widespread use today, hair braiding has always played a significant role in grooming and beauty practices. In some African tribes, the statement made by a person's braided style went beyond mere appearance or fashion. Different styles of braiding signified a person's social status within the community. The more important a person's status, the more elaborate his or her braided style appeared. Today, braiding styles continue to communicate important signals about a person's self-esteem and self-image (figure 18-1).

Hair braiding reached its peak of social and esthetic significance in Africa, where it has always been regarded as an art form, handed down from generation to generation. This art form can require an enormous investment of time, with some elaborate styles taking up to an entire day to complete. Because braiding is so time consuming, it is regarded in many African cultures as an opportunity for women to socialize and form relationships. Historically, the first highly decorative braids were seen among African tribes. Many of these tribes, such as the Zulu, were and still are identified by their distinctive hairstyles. As early as 3000 BC, Egyptian women wore braids or plaits decorated with shells, sequins, and glass or gold beads. Ancient paintings from India show women with long, heavy braids. Additional evidence shows that the Anasazi (circa 100 AD), who populated what is now the American Southwest, also favored braids, as did later Native Americans.

The revival of cultural hairstyles in the 1960s and 1970s resulted in the banning of wearing braids in many professions and even high schools, which in turn lead to lawsuits. Suppression was followed by acceptance and mainstream adaptation, and today, braids are as acceptable as any other hairstyle in most modern workplaces.

Braiding salons have sprung up in many areas in the United States. These salons practice what is commonly known as **natural hairstyling**, which uses no chemicals or dyes, and does not alter the natural curl or coil pattern of the hair. While the origins of natural hairstyling are rooted in African heritage, people of all ethnicities appreciate its beauty and versatility. In the twenty-first century, natural hairstyling has brought a diverse approach to hair care. Natural hairstyling can be elaborate, simple, traditional, or trendy. In all cases, offering your clients several different styles of braids can inspire your creativity as a hair artist and create a greater sense of client loyalty.

Some braided styles take many hours to complete. These more complex styles are not disposable hairdos to be casually brushed out. In fact, with proper care, a braided hair design can last up to three months, with six to eight weeks preferable. The investment in time and money is high for both the client and stylist. After you spend hours braiding a client's hair, the last thing you want is to have the client reject it and demand that all the braids be removed. Giving your clients a thorough and detailed consultation is the best way to avoid miscommunications



**figure 18-1**
A contemporary braiding style

Courtesy of Preston Phillips.

528    PART 3 | HAIR CARE

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

and misunderstandings, and will ensure a happy ending to every natural-styling service. Always fill out a client intake form during the initial consultation and update it every time the client returns.

## why study
# BRAIDING AND BRAID EXTENSIONS?

**Cosmetologists should study and have a thorough understanding of the importance of braiding and braid extensions because:**

> These services are very popular and consumers are interested in wearing styles specific to their hair texture.

> These techniques provide an opportunity for stylists to express their artistic abilities and to add another high-ticket service to their current service menu!

> All professional cosmetologists should be prepared to work with every type of hair texture and hairstyle trend.

> Working with braid extensions exposes cosmetologists to the fundamental techniques of adding hair extensions, which is another lucrative service for the stylist and the salon.

*After reading the next few sections, you will be able to:*

 **LO❷**  Recognize braiding basics and the importance of a consultation.

# Understand the Basics of Braiding

Before exploring the various braiding techniques, it is important to have a good grasp of braiding basics. During the consultation, you will analyze the condition of your client's hair and scalp, paying particular attention to the hair's type and texture, curl configuration, scalp abrasions, and hair thinning or balding (figure 18-2).

Every client is different. Some clients know exactly what they want in a new style when they come to the salon, others will have no idea of what changes or outcome they are trying to achieve. Performing a thorough client consultation is the best way to understand the needs of the client and provide him or her with the correct braiding services. The consultation is your opportunity to determine what a client wants and needs. As a cosmetologist, it is your duty to personalize every braiding and braiding extension service to enhance each client's individual beauty.



**figure 18-2**
Wave pattern or coil configuration

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

## Braiding and Textured Hairstyling Consultation

The consultation will consist of the following analysis, test, and recommendations:

- Hair and scalp analysis
- Texture determination
- Elasticity and porosity test
- Style determination
- Product recommendations

## Hair And Scalp Analysis

In braiding and other natural hairstyling, texture refers to the following three qualities:

- **Diameter of the hair.** Is the hair coarse, medium, or fine?
- **Feel.** Does the hair feel oily, dry, hard, soft, smooth, coarse, or wiry?
- **Texture determination.** Establish the **wave pattern** or coil configuration. Is the hair straight, wavy, curly, or coiled? A coil is a very tight curl. It is spiral in formation and, when lengthened or stretched, resembles a series of loops. For the purposes of this chapter, the term **textured hair** refers to hair with a tight coil pattern.

    In addition to texture, consider the following:

- **Density.** Look for areas where the hair is thin.
- **Condition.** Check for damage and breakage from previous braids or chemical services. Check the hairline for traction alopecia caused by excessive pulling, tight extension braids, or tightly sewn and braided-in weaves.
- **Length.** Make sure that the hair is physically long enough to execute the braiding style.
- **Style determination.** Once the hair and scalp analysis has been completed, it is time to determine which braid style will complement the client's lifestyle and is best for the client's hair texture. Point out braided hairstyles that are of interest to the client, whether it is single box braids, cornrows, or a combination of both braid styles.
- **Product recommendations.** Include instructions on how the client will maintain their hair between salon visits with shampoo, conditioners, and moisturizing regimens. Provide daily and weekly instructions for using sulfate-free and anti-bacterial shampoos, moisturizing leave-in conditioners, essential oil scalp treatments, botanical hair oils, and shine sprays.
- **Scalp health.** Check the condition of the scalp to ensure that it is healthy and properly cared for.
- **Porosity.** Testing the porosity and elasticity of the hair is very important when determining the strength of the hair and the density. Perform a strand test and select several sections of hair strands to test for the porosity and elasticity of the textured hair. To test for the porosity

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**? DID YOU KNOW?**

Within the natural hairstyling and braiding world, hair is referred to as natural or virgin if it has never had any chemical treatments. Some people use these terms even more narrowly, adding "no exposure to thermal styling tools" to the definition. Techniques used in natural hairstyling include braiding of extensions; **twisting**, overlapping two strands to form a candy cane effect; **weaving**, sewing a weft of faux or natural hair onto a conrow braid; wrapping and locking to create what are called African locks or dreadlocks.

Some states have separate natural hairstyling licenses. Furthermore, state regulatory agencies may define the term natural hairstyling in different ways. Stylists who hold only braiding, natural hairstyling, or locktician (sometimes spelled loctician) licenses—as opposed to full cosmetology licenses—cannot perform chemical services, such as coloring, relaxing, or straightening the hair.

For African Americans, braided styles are a proud acknowledgment of their cultural heritage. However, their use is not limited to African Americans. People today borrow and enjoy styles and traditions from many different cultures.

level, select a small section of hair at the crown section of the head. Holding the hair at the root and at the tip of the hair strand, slide the hair down two to three times slowly and check the porosity of the hair.

- **Elasticity.** Now check for the elasticity of the hair. Select another section of the hair at the crown section of the head and several other sections if the hair texture varies on different sections of the head. Hold the hair with both hands and, using your fingers on the top and bottom of the strand, stretch the hair back and forth to check for the elasticity.

Carefully checking the hair and scalp is essential for a good outcome. If the hair has extremely thin areas, for instance, the braid thickness will be noticeably different in these areas. Check the scalp for any form of alopecia. Areas of the scalp with alopecia are handled differently when choosing the proper braiding technique. In addition, damaged hair should not be braided, since it will further stress the hair. Because everyone has thinner, finer hair around the hairline, you should never choose styles that place excessive tension in this area.

## Tools for Braiding

Artists are only as good as their tools, and this adage applies equally to cutting, coloring, and creating natural hairstyles. No matter what length and texture the hair might be, certain tools are essential in order to master various braiding techniques (figures 18-3 and 18-4).

- **Boar-bristle brush (natural hairbrush).** Best for stimulating the scalp, as well as removing dirt and lint from locks. Nylon-bristle brushes are not as durable and many snag the hair. However, soft nylon brushes may be an option for fine, soft hair around the hairline.



Boar-bristle brush
Square paddle brush
Vent brush
Wide-toothed comb
Finishing comb
Tail comb
Cutting comb
Styling finishing comb
Locking/twist comb (#55 barber taper comb)
Double-toothed comb (detangling comb)
Pick

**figure 18-3**
Combs and brushes used in braiding

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 18-4**
Clips, blowdryer, diffuser concentrator, nozzle, and scissors

• **Square paddle brush.** This brush is good for releasing tangles, knots, and snarls in short, textured hair and long, straight hair. Square paddle brushes are pneumatic because they have a cushion of air in the head that makes the bristles collapse when they encounter too much resistance. This is key to preventing breakage in fragile textured hair.

• **Vent brush.** This brush has a single or double row of widely spaced pins with protective tips to prevent tearing and breaking the hair. Vent brushes are used to gently remove tangles on wet and wavy or dry and curly hair, as well as on human hair extensions. Always check the protective tips before using a vent brush on the hair. If even only one is missing, discard the brush.

• **Wide-tooth comb.** These are available in a variety of shapes and designs, and they glide through hair with little snarling. The teeth, which range in width from medium to large, have long rounded tips to avoid scratching the scalp. The distance between the teeth is the most important feature of this comb; larger spacing allows textured hair to move between the rows of teeth with ease.

• **Double-tooth comb (detangling comb).** This tool separates the hair as it combs, making it an excellent detangling comb for wet curly hair.

• **Locking/twist comb.** This tool is a #55 barber comb with a smaller angled tooth on one side and a large width on the other end. It allows textured hair to lock and coil easily with various sizes from small, medium, to larger width.

• **Tail comb.** A tail comb is excellent for design parting, sectioning large segments of hair, and opening and removing braids.

• **Finishing comb.** Usually 8 to 10 inches in length, finishing combs are used while cutting. They work well on fine or straight hair.

• **Cutting comb.** This tool is used for cutting small sections. It should be used only after the hair is softened and elongated with a blowdryer.

• **Pick with rounded teeth.** This tool is useful for lifting and separating textured hair. It has long, widely spaced teeth and is commonly made of metal, plastic, or wood.

• **Blowdryer with comb nozzle attachment.** A comb nozzle loosens the curl pattern in textured hair for braiding styles, and it dries, stretches, and softens textured hair. Use a hard plastic comb nozzle because metal attachments become too hot.

• **Diffuser.** Dries hair without disturbing the enhanced curl pattern and finishes the look without dehydrating the hair.

• **Five-inch scissors.** This tool is used for creating shapes and finished looks, and for trimming bangs (fringes) and excess extension material.

• **Long clips.** These clips are used for separating hair into large sections.

• **Butterfly and small clips.** These clips can be used to separate hair into large or small sections.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

- **Hood dryer.** Use a hood dryer to remove excess moisture before blowdrying hair completely dry finished braided or locked and textured styles.

- **Steamer.** Use a steamer to deeply hydrate, moisturize, and condition the hair with water vapor. The steam vapor dryer infuses water hydration, opening the cuticle layer of the hair shaft and enabling nourishing, protein conditioners and botanical oils to penetrate deeply into the cortex layer.

- **Small rubber bands, clear elastic bands, or string.** Use these to secure the ends.

  Implements and materials you will need for extensions are listed below:

- **Extension fibers.** These come in a variety of types: Kanekalon®, nylon, rayon, human hair, yarn, lin, and yak.

- **Hackle.** A hackle is a board of fine, upright nails through which human hair extensions are combed; they are used for detangling or blending colors and highlights.

- **Drawing board.** Drawing boards are flat leather pads with very close, fine teeth that sandwich human hair extensions. The pads are weighed down with books, allowing a specific amount of hair to be extracted without loosening and disturbing the rest of the hair during the process of braiding.

## Materials for Extensions

A wide variety of fibers are available for the purpose of extending hair. It is important to keep in mind that the fibers you use will largely determine how successful and durable the extension will be. Although it may seem like a good idea to buy the least expensive product, in the long run this may not prove to be the most economical solution—especially if you are buying hair fabric in large quantities. You may get stuck with a lot of material, for instance, that does not give you the results you desire. When buying a new product, buy in small quantities and test the fiber on a mannequin before using it on a client.

The following materials are most commonly used for hair extensions:

- **Human hair.** Human hair is the gold standard for hair extensions. Unfortunately, the human hair market can be a confusing and sometimes deceptive business. Most human hair is imported from Asia, with little information about how it was processed, or even if it is 100 percent human hair. This makes it very important to deal only with suppliers you know and trust (figure 18-5).

- **Kanekalon.** A manufactured, synthetic fiber of excellent quality, Kanekalon is made in a wide variety of types, with different names, colors, and textures. Many companies that offer synthetic hair goods use a line or brand made of Kanekalon. Some Kanekalon fibers are high-heat resistant, some are especially made for



**figure 18-5**
Human hair is the gold standard for hair extensions.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 18-6**
Kanekalon is a top-of-the-line synthetic fiber used for hair extensions.

braided styles, and others mimic human hair as closely as possible. Durable, soft, and less inclined to tangle than many other synthetics, Kanekalon holds up to shampooing and styling. This durability is one of the reasons it is an extremely popular fiber for use in hair additions and extensions (figure 18-6).

- **Nylon or rayon synthetic.** This product is less expensive than many other synthetics and is available in varying qualities. It reflects light and leaves the hair very shiny. A drawback of nylon and rayon is that both of these fibers have been known to cut or break the surrounding natural hair. In addition, repeated shampooing will make these extensions less durable, and they may melt if high heat, such as that from a hot blowdryer, is applied.

- **Yarn.** Traditional yarn used to make sweaters and hats is now being used to adorn hair. It can be made of cotton or a nylon blend and is very inexpensive and easy to find. Yarn is light, soft, and detangles easily. It is available in many colors, does not reflect light, and gives the braid a matte finish. While yarn may expand when shampooing, it will not slip from the base, making it durable for braids. Be careful when you purchase yarn because some products may appear jet black in the store but actually show a blue or green tint in natural light.

- **Lin.** This beautiful wool fiber imported from Africa has a matte finish and comes only in black and brown. Lin comes on a roll and can be used in any length and size. Keep in mind that this cotton-like fabric is very flammable.

- **Yak.** This strong fiber comes from the domestic ox found in the mountains of Tibet and Central Asia. Yak hair is shaved and processed and used alone or blended with human hair. Mixing human hair with yak hair helps to remove the manufactured shine (figure 18-7).

*After reading the next few sections, you will be able to:*

LO Explain how to prepare the hair for braiding.



**figure 18-7**
Yak blends beautifully with human hair.

## Prepare the Hair for Braiding: Working with Wet or Dry Hair

In general, it is best to braid curly hair when it is dry. If curly hair is braided wet, it shrinks and recoils as it dries, which may create excess pulling and scalp tension. In turn, the tension can lead to breakage or hair loss from pulling or twisting. If you are using a style that requires your client's hair to be wet while you manipulate it, you must allow for shrinkage in order to avoid damage to the hair and scalp.

Straight, resistant hair is best braided slightly damp or very lightly coated with a wax or pomade to make it more pliable.

- After you shampoo the client's hair, towel blot the hair without rubbing or tension, using several towels if necessary.

534    PART 3 | HAIR CARE

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

* Apply a leave-in conditioner to make combing the hair easier.

* Begin combing at the ends of the hair strand and gently work out the tangles while moving upward toward the scalp. Use a wide-tooth or detangling comb for this purpose.

* Blowdry the hair.

* Wax, pomades, pastes, or lotions can be used to hold the hair in place for a finished look.

* Brush the hair with a large paddle brush, beginning at the ends, just as you did with the comb.

Textured hair presents certain challenges when styling. It is very fragile both wet and dry. Because most braiding styles require the hair to be dry, blowdrying is the most effective way to prepare the hair for the braiding service. Not only does blowdrying quickly dry the hair, it softens it in the process, making it more manageable for combing and sectioning. Blowdrying also loosens and elongates the wave pattern, while stretching the hair-shaft length. This is great for short hair, allowing for easier pick up and manipulation of the hair. Make sure to control the hair while blowdrying to prevent frizzing!

 18-1    **Preparing Textured Hair for Braiding** *See page 544*

*After reading the next few sections, you will be able to:*

**LO❹**    Describe six types of braiding techniques: rope, fishtail, halo, invisible, single, and single braids with extensions.

> **milady pro** **LEARN MORE!**
>
> Optional info on **Styling Textured Hair and Braiding** topics and tutorials can be found at miladypro.com Keyword: *FutureCosPro*

# Braid the Hair

Braiding styles are broadly classified as visible and invisible. A **visible braid** is a three-strand braid that is created with an underhand technique. An **underhand technique**, also known as *plaiting*, is one in which the left section goes under the middle strand, then the right section goes under the middle strand. This technique is often used for cornrowing because many braiders believe it creates less tangling. Interestingly, the underhand technique has nothing to do with holding the palms up or down.

An **invisible braid**, also known as an *inverted braid* or *French braid*, is a three-strand braid that is produced with an **overhand technique**. In an overhand technique, the first side section goes over the middle one, then the other side section goes over the middle strand. You can start with either the right or left section; what is key is that the side sections go over the middle section (**figure 18-8**).

The following discussion and procedures will provide you with a basic overview of foundational braiding styles. These techniques are important to master because all of the more advanced and trendy braiding techniques build upon these. Once you have become proficient with these techniques,



**figure 18-8**
Braided French twist

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



figure 18-9
Rope braid



figure 18-10
Fishtail braid



figure 18-11
Stylish fishtail braid

Photography by Tom Carson. Hair: Lindsay Dean Pierce. Bella Capelli Sanctuario.

your creativity—along with additional training and practice—will allow you to create some of the most complex and beautiful styles you and your clients can imagine.

The procedures begin with the most basic and move on to more complex techniques, including braided extensions.

## Rope Braid

The **rope braid** is created with two strands that are twisted around each other. This braid can be done on hair that is all one length or on long, layered hair. Remember to pick up and add hair to both sides before you twist the right side over the left (figure 18-9).

## Fishtail Braid

The **fishtail braid** is a simple, two-strand braid in which hair is picked up from the sides and added to the strands as they are crossed over each other (figure 18-10). It is best done on non-layered hair that is at least shoulder length (figure 18-11).

## Halo Braids

The **halo braids** are two or three long, simple, inverted, thick cornrows created around the head. The extended long braids are then wrapped around the head and pinned. The top crown is left smooth and neat, while the cornrows are pinned around the head to create a halo effect (figure 18-12).

 18-2   **Halo Braids** *See page 546*

## Invisible Braid

The invisible braid uses an overhand pick-up technique. It can be done on or off the scalp and with or without extensions. This style is ideal for long



figure 18-12
Halo braid

536    PART 3 | HAIR CARE

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

Photography by Tom Carson. Hair: Meliss Lipaj, Sheer Professionals Salon & Spa.

hair, but it can also be executed successfully on shorter hair with long layers. If you are dealing with straight, layered hair, apply a light coating of wax or pomade to the hair to help hold shorter strands in place (figure 18-13).

## Single Braids

Single braids, also known as *box braids* and *individual braids*, are free-hanging braids, with or without extensions, that can be executed using either an underhand or an overhand technique (figure 18-14). The procedure for medium-to-large single braids uses the underhand technique. Single braids can be used with all hair textures and in a variety of ways (figure 18-15). For instance, two or three single braids added to a ponytail or chignon can be a lovely evening look.

The partings or subsections for single braids can be diamond, square, triangular, or rectangular. The parting determines where the braid is placed, and how it moves. Single braids can move in any direction, so make sure to braid in the direction you want the hair to fall. As you braid, you are styling and shaping the finished look.

### Single Braids with Extensions

Extensions for single braids come in a wide range of sizes and lengths and are integrated into the natural hair using the three-strand underhand technique. Fibers for extensions can be selected from synthetic hair, yarn, or human hair; the selection is vital in determining the finished style. Braiding must be consistent and close together.

As part of the consultation step, open the package of extension fibers and show them to the client to verify that the color is correct. Remove the fibers from the package and, if necessary, cut them to the desired length. Place half the extension fibers in the bottom portion of the drawing board and sandwich them with the upper portion of board. To secure the hair extensions, place a heavy object on top of the board, such as a large book. This allows you to easily extract the appropriate amount

© Blend Images/ Shutterstock.com



figure 18-13
Invisible braid styled to the side across an invisible/inverted braid tucked under



figure 18-14
Single braid



figure 18-15
Single box braids

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

of fibers for the braids. Hair extensions can also be separated and dispensed by a free-hand method.

When performing single braids with extensions using the hair fibers of human hair, you can create a small invisible knot by looping a small strand of hair around the braid. Pull the hair strand through the loop to create an invisible knot. The alternative method is to just continue braiding down to the desired hair length. To create a bend on the ends of synthetic fibers, wrap the braid ends with a curling rod, then dip all the rodded ends into hot water for 10 to 15 minutes. This method will secure the ends as well as create a spiral curl at the ends of the braid. When braiding children's hair, small elastic bands can be used to hold the ends in place and they can be adorned with beads at the ends. Other optional finishes, such as singeing with a ceramic flat iron or hot gun (i.e. keratin glue hot tool used for fusion weaving), are considered advanced methods and require special training.

 **P 18-3 Single Braids with Extensions** *See page 549*

*After reading the next few sections, you will be able to:*

**LO ❺** Demonstrate the procedure for cornrowing.

## Cornrows

**Cornrows**, also known as *canerows*, are narrow rows of visible braids that lie close to the scalp and are created with a three-strand, on-the-scalp braiding technique (**figure 18-16**). Consistent and even partings are the foundation of beautiful cornrows. Learning to create these partings requires patience and practice. Using a mannequin to practice will help develop your speed, accuracy, and finger and wrist dexterity.

Cornrows are worn by men, women, and children, and can be braided on hair of various lengths and textures. For long, straight hair, large cornrows are a fashionable and elegant hairstyle. Designer cornrows have become increasingly popular, with elaborate designs that demonstrate the stylist's skill and creative expression. The flat, contoured styles can last several weeks when applied without extensions, and up to two months when applied with extensions.

Cornrows typically last for four to six weeks. To ensure healthy hair, cornrows should be removed, shampooed, and conditioned within this time frame. Cornrows with extensions last from six to eight weeks. Layered cornrows should receive touch-ups on individual rows to remain neat and tight, and they should be completely removed by eight weeks to prevent knotting, locking, or thinning hair.

### *Cornrows with Extensions (Feed-in Method)*
Extensions can be applied to cornrows or individual braids with the feed-in method. In this method, the braid is built up strand by strand with extension hair fibers. Excess amounts of extension material can place too much weight on the fragile areas of the hairline and will tighten and pull



**figure 18-16**
Sculptured cornrows updo

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

the hair to leave an unrealistic finished look. By properly applying the correct tension when using the feed-in method, the braid stylist can avoid an artificial look and prevent breakage.

The traditional cornrow is flat, natural, and contoured to the scalp. The parting is important because it defines the finished style. The feed-in method creates a tapered or narrow base at the hairline. Small pieces or strips of extension hair are added to fill in the base, bringing the adjoining braids closer together. This technique takes longer to perform than traditional cornrowing. However, a cornrow achieved by the feed-in method will last longer and look more natural, without placing excessive tension on the hairline. There are several different ways to start a cornrow and feed in extension pieces.

During the cornrow process, when picking up hair at the base, the hair directly underneath the previous revolution must be incorporated into the braid. The hair that you pick up must never come from another panel or from a lower part of the braid. The same is true when executing any braid technique. Overextending or misplacing the beginning of the extension leaves the hair exposed and unsupported, which can lead to breakage and hair loss in that area. This is particularly true when adding extensions at the hairline. If the extension is not made secure by two or three revolutions before picking up, it may shift away from the point of entry. For a professional finish, always trim any ends that may stick up through the braid. Holding your scissors flat, move up the shaft as you trim, making sure that you avoid cutting into the braid.

> ⓟ 18-4   **Basic Cornrows** *See page 552*

> ⚠️ **CAUTION**
> Excessive pulling and extremely tight braiding will cause thinning hairlines and alopecia.

---

**ACTIVITY**

Braids can be created in different lengths and styled into a variety of updos that suits your client's facial shape. Working with classmates, determine one another's facial shape, based on the following major types. Then experiment with artistic ways to create updos and interwoven braided styles that work with the different types of facial shapes.

- An oval face is egg-shaped and most any braided style suits this facial shape.
- The elongated face is a too-long oval and requires a style with more width at the sides.
- A round face is wide at the cheeks and will benefit from a style with height, such as one in which braids are gathered high on top and secured below the crown in back.
- A square face has a strong, square jawline, which is minimized by allowing longer braids to frame the face.
- Heart-shaped faces are wide at the forehead and narrow at the chin and jaw. Use bangs or sweep braids across the forehead.
- Pear-shaped faces are the opposite of heart-shaped: narrow at the forehead and wide at the chin and jaw. Do the opposite of what is recommended for heart-shaped faces by bringing at least some braids forward to create the illusion of a narrower chin line.

When styling braids for updos, you can coil them around the head, sweep up and intertwine some sections, and then secure them with a braid or band, and even create a side chignon to draw attention away from an elongated face. Use the head shape to guide your style choices, and secure groups of braids by wrapping two or three other braids around them. With some styles, your biggest challenge will be discovering ways to hold up heavy braids (figure 18-17).



Elke Dennis/Shutterstock.com

**figure 18-17**
Upswept braids elongate a slightly wide face shape.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 18-18**
Example of textured set and style



**figure 18-19**
Bantu knots



**figure 18-20**
Braid-out on coily/curly hair

### Tree Braids/Interlocking

Tree braiding is a newer way to add hair for a longer look. The client's hair is braided or cornow braided along with hair extensions, but the finished look shows mostly faux hair. Braiders report that tree braids take about four hours, making them faster than some other techniques. Tree braiding techniques are still evolving and there are many ways to do them.

Some braiders add individual strands of hair that are braided along with the natural hair and tied in place about half an inch from the root area. In this technique, a few very short braids can be seen standing up along the front hairline, then the hair extension (long and unbraided) flows freely to create the look of naturally long, straight hair.

Adding long, loose pieces of hair to cornrows can also create tree braids. After a few sections are braided together, a small section of the extension hair is left out of the cornrow to hang free. This technique continues adding hair all along the cornrow. When the look is completed, the free-hanging sections of the extended hair completely conceal the cornrows, creating the look of naturally long, straight or wavy hair, depending on the texture of the extensions.

*After reading the next few sections, you will be able to:*

LO❻  Explain the techniques for textured sets and styles.

# Classify Textured Sets and Styles

There are several **textured set and styles** that are created on natural curly textured hair. Textured sets elongate the natural frizzy hair and produce a smooth, silky curly, wavy and zig-zag pattern when the hair is set wet or dry on natural curly or coily hair textures (**figure 18-18**).

- **Bantu knot or Nubian knots.** The hair is double-strand twisted or coil twisted and wrapped around itself to make a knot. Knots are secured by bobby pins or elastic bands (**figure 18-19**).
- **Bantu knot-out style.** Knots can be opened and released to create wavy and fuller loose curls.
- **Braid-out set.** This style involves braiding the hair when either wet or dry and then opening the braid to create a crimped texture-on-texture effect with added volume (**figure 18-20**).
- **Flat-twist.** The hair is parted in several rows on the entire head. Each section is then divided into two sub-sections and then twisted and interwoven to lie flat on the scalp. Flat-twist can be made in varying patterns with or without extensions.
- **Glamour waves.** Once the hair has a flat-twist set, it must completely dry or the style will appear frizzy. The flat-twist set is untwisted and opened to create a wavy texture.

© Nedjetti Harvey celebrity hair artist, owner of Hair By Nedjetti Salon and Soft Sheen-Carson educator based in Bloomfield, NJ & NYC www.Nedjetti.com and www.NaturalHairDvd.com (Twitter, Instagram & Youtube @HairbyNedjetti)

© Khamit Kinks Inc. Photography by Keston Duke.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

- **Spiral rod sets.** This set can be achieved with rods, flexi-rods, or curl reformers of all sizes. Hair is wrapped around a vertical rod, moving up the rod in a spiral movement. Hair must completely dry or the style will appear frizzy (figure 18-21).



figure 18-21
Spiral rod set

## Coil Styles

- **Coils or comb twists.** Small sections of natural hair that are gelled and spiraled with fingers or a comb to create individual formations of tight, cylindrical coils. The Nubian coils comb technique is styled on naturally curly or textured hair. For this look, hair is curled into a cylindrical shape with a comb or fingers. The comb coil technique is also used to start locks.

- **Coil-out.** Once the hair has been comb coiled into individual coils and then dried completely, the coils are uncoiled or neatly unraveled (figure 18-22). This style is now fuller coils that lift up off the scalp to create a coily textured Afro (figure 18-23). The *Afro* is a style made popular in the 1960s and 1970s of wearing the hair natural, but having it perfectly shaped in mostly a round fashion.

 **18-5    Nubian Coils: *Coil Comb Technique*** See page 555

## Twist Styles

Twist styles also known as *double-strand twist*, start with wet, gelled, or dry hair. The stylist divides the hair into two sections and then overlaps them to create a twisted rope effect (dry) or textured effect (wet). A twist set is a two-part set that can be done on natural hair, transitional hair, twists, extensions, weaves, wigs, and locks. Hair is double-strand twisted and then set on rods. Rods can be placed only at the end of the hair or loc. For a full set, rods can also be placed vertically all the way to the base of the hair. Twist curls on textured hair are achieved by using a double-twist technique. The twisting technique is executed on wet hair to define the textured curls and waves (figure 18-24).



figure 18-22
Coil-out technique



figure 18-23
Coil-out style



figure 18-24
Two-strand twist

CHAPTER 18 | BRAIDING AND BRAID EXTENSIONS    541

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

The **twist-out** style involves unraveling the twist to add fullness and a crimped effect. The twist-out's double-strand twists can be made in any size and length. Hair is wet and gel or hair cream is applied to set the textured hair. After hair is dried, twists are opened, finger combed, and styled to create a textured, voluminous Afro.

**P** 18-6    **Twist** *See page 558*

*After reading the next few sections, you will be able to:*

**LO❼**    Demonstrate the procedures for starting locks and lock grooming.



**figure 18-25**
Locks

## Locks

**Locks**, also known as *dreadlocks* or *locs*, are separate networks of curly, textured hair that have been intertwined and meshed together. Hair locking is achieved without the use of chemicals. The hair locks in several slow phases, which can take from six months to a year depending on the length, density, and coil pattern of the hair (figure 18-25 and table 18-1).

Locks are more than just a hairstyle; they are a cultural expression. There are several ways to cultivate locks, such as double twisting, wrapping with cord, coiling, palm rolling, and braiding. Locks will also form themselves in textured hair that is not combed or brushed out. As demonstrated by the Rastafarians of Jamaica, leaving coily hair to take its own natural course will cause it to intertwine and lock. Cultivated African locks have symmetry and balance.

Courtesy of Preston Phillips.

### table 18-1
### DEVELOPMENTAL PHASES OF LOCKS

| Phase | Characteristics |
| --- | --- |
| Phase 1 Beginner Locks | Hair is soft and is coiled into spiral configurations. The coil is smooth and the end is open. The coil has a shiny or a glossy texture. |
| Phase 2 Pre-Lock Stage | Hair begins to interlace and mesh. The separate units begin to puff up and expand in size. The units are no longer glossy or smooth. |
| Phase 3 Sprouting Stage | A bulb can be felt at the end of each lock. Interlacing continues. |
| Phase 4 Growing Stage | Hair begins to regain length. Lock may still be frizzy, but also solid in some areas. |
| Phase 5 Maturation Stage | Locks are closed at the ends, dense and dull, and do not reflect light. Locks are now much longer. |

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

The four basic methods of locking are:

- **The coil comb technique.** Particularly effective during the early stages of locking while the coil is still open, this method involves placing the comb at the base of the scalp and, with a rotating motion, spiraling the hair into a coil. With each revolution, the comb moves down until it reaches the end of the hair shaft. It offers a tight coil and is excellent on short (1-inch to 3-inch) hair (figures 18-26 and 18-27).

- **The palm roll.** This method is the gentlest on the hair, and it works through all the natural stages of locking. Palm rolling takes advantage of the hair's natural ability to coil. This method involves applying gel to dampened subsections, placing the portion of hair between the palms of both hands, and rolling in a clockwise or counterclockwise direction (figure 18-28). With each revolution, as you move down the coil shaft, the entire coil is formed (figure 18-29). Partings can be directional, horizontal, vertical, or brick-layered. Decorative designs and sculpting patterns are some of the creative options you can choose.

- **Braids or extensions.** Another effective way to start locks involves sectioning the hair for the desired size of lock and single braiding the hair to the end. Synthetic hair fiber, human hair fiber, or yarn can be added to a single braid to form a lock. After several weeks, the braid will grow away from the scalp, at which time the palm roll method can be used to cultivate the new growth to form a lock.

- **Sisterlocks.** An interlocking method that instantly locks any textured hair whether straight, relaxed, wavy, curly, and coily or highly textured using a special tool to achieve the single lock.

Shaping or grooming dreadlocks takes patience and commitment on the part of clients. In the beginning, clients must have frequent professional hair shaping and grooming to ensure a good outcome.

P 18-7    **Starting Locks with Nubian Coils** *See page 563*

P 18-8    **Cultivating and Grooming Locks** *See page 565*



**figure 18-26**
Spiral the hair with the comb.



**figure 18-27**
Finished Lock for lock touch-up using comb coil technique for new growth.



**figure 18-28**
Roll the hair/lock between the palms.



**figure 18-29**
Roll down the lock shaft.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

 **P 18-1**

# PREPARING TEXTURED HAIR FOR BRAIDING

## IMPLEMENTS & MATERIALS

**You will need all of the following implements, materials, and supplies:**

- ☐ Blowdry cream or lotion made with botanical, essential oils
- ☐ Blowdryer and comb nozzle attachment
- ☐ Butterfly clips
- ☐ Conditioner (protein or moisturizing)
- ☐ Detangling solution (four parts water to one part cream rinse or oil) in spray bottle
- ☐ Neck strip
- ☐ Shampoo
- ☐ Shampoo cape
- ☐ Tail comb with large rounded teeth
- ☐ Towels

## PREPARATION

**Perform:**

**P 15-1  Pre-Service Procedure** See page 340

## PROCEDURE



1 Drape the client for a shampoo. If necessary, comb and detangle the hair.

2 Shampoo, rinse, apply conditioner, and rinse thoroughly.

3 Gently towel dry the hair.



4 Part damp hair from ear to ear across crown and detangle with a tail comb. Use butterfly clips to separate front section from back section.

5 Part the back of head into four to six sections. For thick textured hair, make more sections to allow for increased ease and control. For thinner hair, use fewer sections. The front half of the head, where hair is less dense, can be sectioned in three or more sections. Separate the sections with clips.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



6 Beginning on left section in the back, start combing the ends of the hair first, working your way up to the base of the scalp. As you go along, lightly spray each section with detangling solution if needed. The combing movement should be fast and rhythmic, without creating tension on the scalp. Use a picking motion to comb through the hair.



7 After combing thoroughly, divide the section into two equal parts and twist them together to the end to hold the section in place.

8 Continue with the other sections of the hair until the entire head is sectioned.

9 Place the client under a medium-heat hood dryer for 5 to 10 minutes to remove excess moisture.

  

10 Open one of the combed sections. Using fingers, apply blowdry cream to hair from scalp to ends.

11 Using a comb nozzle attachment on a blowdryer, hold hair down and away from the client's head as you begin drying. Use comb-out motion with the comb, always pointing the nozzle away from the client. As ends relax and stretch, continue to use the comb nozzle to comb through and smooth sections. Use moderate tension and direct air flow down the hair shaft to smooth and seal the cuticle. Blowing directly on the scalp can cause a burn or discomfort. When the blowout is completed, the hair is ready to braid.

## POST-SERVICE

**Complete:**

P 15-2  **Post-Service Procedure** *See page 343*

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**P 18-2**

# HALO BRAIDS



## IMPLEMENTS & MATERIALS

**You will need all of the following implements, materials, and supplies:**

- □ Blowdry cream or lotion made with botanical/essential oil, shea butter or glycerin base
- □ Boar bristle brush
- □ Butterfly clips
- □ Conditioner (hydration/protein cocktail or moisturizing)
- □ Detangling solution in spray bottle
- □ Hair accessories or ornamentation (if desired)
- □ Neck strip
- □ Rubber bands, fabric-covered elastics, or other implements for securing the ends
- □ Shampoo
- □ Shampoo cape
- □ Styling and finishing products
- □ Tail comb with large rounded teeth
- □ Clear elastic bands
- □ Towels

## PREPARATION | PROCEDURE

**Perform:**

**P** 15-1  **Pre-Service Procedure** *See page 340*

① Drape the client for a shampoo. If necessary, comb and detangle the hair.

❷ Shampoo, rinse, apply conditioner, and rinse thoroughly.

❸ Gently towel dry the hair, then blowdry it completely.



④ Brush the hair with a boar bristle brush or smoothing brush from the center toward the entire hairline.

❺ On straight hair, mist the hair with a water bottle to dampen the hair. Do not part the hair.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.





**8** Use the overhand technique. In your right hand, gather a section of hair between your thumb and index finger.

**6** Start at the ear. Gather three sections of hair into your hands, and begin an inverted braid.

**7** In your right hand, gather a section of hair between your thumb and index finger.



**9** The first side section crosses over the middle section. Then the left side section crosses over the middle strand, picking up hair from each side as you create the braid. Note: You can start with either the right or left section. The key is to have the side sections cross over the middle section.



**10** Continue the inverted braid around the entire head until you reach the ear.



**11** Continue braiding the hair until you reach the end of the entire strands.

**12** Secure with a clear elastic band.



CHAPTER 18 | BRAIDING AND BRAID EXTENSIONS    547

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

## PROCEDURE 18-2





**15** For a more whimsical look, loosen up the braids and pull out some stands of the braid around the head.

**13** Place the long braid around the head on top of the inverted braid.

**14** Secure the braid with pins.



**16** Finish off the style with hairspray for hold.

## POST-SERVICE

**Complete:**

**P** 15-2    **Post-Service Procedure** *See page 343*

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**18-3**

# SINGLE BRAIDS WITH EXTENSIONS



## IMPLEMENTS & MATERIALS

You will need all of the following implements, materials, and supplies:

- Blowdrying cream or lotion made with botanical/essential oil or glycerin base
- Bobby pins
- Butterfly clips
- Conditioner (hydration/ protein cocktail or moisturizing)
- Detangling solution in spray bottle
- Drawing board or tray
- Extension fibers
- Hair accessories or ornamentation (if desired)
- Neck strip
- Oil sheen
- Rubber bands, fabric-covered elastics, or other implements for securing the ends
- Sulfate-free cleansing shampoo
- Shampoo cape
- Styling and finishing products
- Tail comb with large rounded teeth
- Shears
- Barrel curling iron
- Towels

## PREPARATION | PROCEDURE

**Perform:**

**15-1  Pre-Service Procedure** See page 340



1. Drape the client for a shampoo. If necessary, comb and detangle the hair before shampooing.

2. Shampoo, condition, detangle and separate the hair into four sections, and then blowdry the hair completely.

3. Prepare the extension fibers.

CHAPTER 18 | BRAIDING AND BRAID EXTENSIONS    549

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

PROCEDURE 18-3

4️⃣ Apply a light essential oil to the scalp and massage the oil into the scalp and throughout the hair.

5️⃣ Part the hair across the crown from ear to ear. Clip away the front section.



6️⃣ Part a diagonal section in the back of the head, at about a 45-degree angle, from the ear to the nape of the neck. You may have to start your partings below the ears to the nape, if the hairline is extended. For a medium-size braid, this section can be from ¼-inch (0.6 centimeters) to 1-inch (2.5 centimeters) wide, depending on the texture and length of the client's hair.

7️⃣ Using vertical parts to separate the base into subsections, create a diamond-shaped base.



8️⃣ Select the appropriate amount of extension fibers from the drawing board or tray. The extension should always be proportional to the section that it is being applied to. For tapered ends, gently pull extension fibers at both sides so that the ends are uneven. Then fold the fibers in half.



9️⃣ Divide the natural hair into three equal sections. Place the folded extension on top of the natural hair, on the outside and center portions of the braid.



🔟 Once the extension is in place, begin the underhand braiding technique. Remember that the outer strands should cross under the center strand. Each time you pass an outer strand under the center strand, bring the center strand over tightly so that the outside strand stays securely in the center. As you move down the braid, keep your fingers close to the stitch so that the braid remains tight and straight.

11️⃣ Continue to braid to the desired length.

12️⃣ The next part is created above the previous section on a diagonal part, moving toward the ear.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**13** After several sections have been completed, alternate the direction of the diagonal to start parting and braiding on the other side of the head. Sections are completed with bricklaying technique.

**14** Once the back is finished, create a diagonal or horizontal parting above the ear in the front. As you get closer to the hairline, be aware of the amount of extension hair that is applied to the hairline. Do not add excessive amounts of fiber into a fragile hairline. The fiber should always be proportionate to the hair to which it is being applied.



**15** Continue braiding on the opposite side of the head. When you reach the crown area, the partings will create a V-shape at the top of the crown. Continue diagonal partings on the crown of the head.

**16** After the entire head has been braided, remove all loose hair ends from the braid shaft with shears.



**17** If using human hair, spray hair ends with water to activate the wave in the extensions and/or curl with barrel curling iron to create bounce. The finished braids will look quite natural.

## POST-SERVICE

**Complete:**

**P** 15-2 **Post-Service Procedure** *See page 343*

Clients should visit the salon for post services every two to three weeks to receive a shampoo and steam conditioning treatment and/ or touch-ups on any loose hair extensions.

CHAPTER 18 | BRAIDING AND BRAID EXTENSIONS    551

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

 18-4

# BASIC CORNROWS



## IMPLEMENTS & MATERIALS

**You will need all of the following implements, materials, and supplies:**

- ☐ Blowdrying cream or lotion made with botanical/essentials oil, shea butter or glycerin base
- ☐ Bobby pins
- ☐ Butterfly clips
- ☐ Conditioner (hydration/protein cocktail or moisturizing)
- ☐ Detangling solution in spray bottle
- ☐ Drawing board or tray
- ☐ Extension fibers
- ☐ Hair accessories or ornamentation (if desired)
- ☐ Neck strip
- ☐ Oil sheen
- ☐ Rubber bands, fabric-covered elastics, or other implements for securing the ends
- ☐ Sulfate-free cleansing shampoo
- ☐ Shampoo cape
- ☐ Styling and finishing products
- ☐ Tail comb with large rounded teeth
- ☐ Towels

## PREPARATION | PROCEDURE

**Perform:**

P 15-1  **Pre-Service Procedure** *See page 340*



1 Drape the client for a shampoo. If necessary, comb and detangle the hair before shampooing.

2 Shampoo, condition, detangle, part, and separate hair into 4 sections, and then blowdry the hair completely.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



3 Depending on desired style, determine the correct size and direction of the cornrow base. With tail comb, part hair into 2 inch (5 centimeters) sections (or smaller, depending on the desired style) and apply a light essential oil to the scalp. Massage oil throughout scalp and hair.



4 Start by taking two even partings to form a neat row for the cornrow base. With a tail comb, part the hair into a panel; use butterfly clips to keep the other hair pinned to either side.



5 Divide the panel into three even strands. To ensure consistency, make sure that strands are the same size. Place fingers close to the base. Cross the left strand (1) under the center strand (2). The center strand is now on the left and the former left strand (1) is the new center.



6 Cross the right strand (3) under the center strand (1). Passing the outer strands under the center strand creates the underhand cornrow braid.



7 With each crossing under or revolution, pick up a new strand of equal size from the base of the panel and add it to the outer strand before crossing it under the center strand.

CHAPTER 18 | BRAIDING AND BRAID EXTENSIONS 553

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

## PROCEDURE 18-4



8 As you move along the braid panel, pick up a strand from the scalp with each revolution and add it to the outer strand before crossing it under alternating the side of the braid when you pick up the hair.

9 As new strands are added, the braid will become fuller. Braid to the end.

 

12 Repeat until all the hair is braided and apply oil sheen for shine.

10 Simply braiding to the ends can finish the cornrow; small rubber bands can be used to hold the ends in place when styling for children. Other optional finishes, such as singeing with a flat iron when synthetic hair fibers are attached (heat sealing with a heat gun), are considered advanced methods and require special training.

11 Braid the next panel in the same direction and in the same manner. Keep the partings clean and even.



13 Finished style.

### POST-SERVICE

**Complete:**

P 15-2  **Post-Service Procedure** See page 343

Basic cornrows last neatly for three weeks. Clients should visit the salon every three weeks for a complete shampoo, conditioning, and cornrow service.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**P** 18-5

# NUBIAN COILS: *COIL COMB TECHNIQUE*



## IMPLEMENTS & MATERIALS

You will need all of the following implements, materials, and supplies:

- □ Four butterfly clips
- □ Barber's comb
- □ Holding gel

- □ Hood dryer
- □ Leave-in conditioner
- □ Long duckbill clips

- □ Natural botanical oil
- □ Shampoo cape
- □ Sulfate-free moisturizing shampoo

- □ Wide-tooth comb

## PREPARATION | PROCEDURE

**Perform:**

**P** 15-1  **Pre-Service Procedure** *See page 340*



1 Drape the client for a shampoo. If necessary, comb and detangle the hair.

2 Cleanse with sulfate-free shampoo, then condition and rinse.

3 Spray on leave-in conditioner and detangle with a wide-tooth comb.

4 Apply natural botanical oil to the scalp and massage the oil into the scalp.

CHAPTER 18 | BRAIDING AND BRAID EXTENSIONS    555

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

PROCEDURE 18-5



**5** Detangle and divide hair into two sections. Clip for control. To create movement, start at the hairline and create a crescent-shape part with smaller end of comb. Apply gel to tip of the comb.

**6** Comb through the entire parted section.



**8** Using the comb, twirl hair and place coil end in the direction you would like the hair to lie.

**7** At the base, start to rotate or roll-comb with a clockwise rotation, down the hair shaft to the end. The hair is curled toward the end, and the coil lies flat on the scalp.



**10** The movement can be in multiple directions with dimension. For example, the entire back will move forward from the center back towards the front on both sides, while the top will move upward and forward. Positioning the comb and directing the hair upward will give a different directional movement to the top crown.

**11** Once the right back to front section is complete, start on the right side twirling the comb toward the front of the head, in a counterclockwise rotation. The coil style has one continuous movement from front to back.

**9** As you move up and around the head, create a sculpting movement which features the head contour.



**12** Continue coil movement at crown, keeping contours and directions of coil uniform, directing from back to front in a upward and forward direction. The coils will lie flat and point upward.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**13** While front coils are still damp, fine tune their direction and make a soft bang.

**14** Place the client under the dryer. Add oil for more sheen.



**15** Finished style.

## POST-SERVICE

**Complete:**

**P** 15-2  **Post-Service Procedure** *See page 343*

Coils and coil-out styles last for two to three weeks and can easily start locking the hair if it is not combed out before four weeks.

The hair should be shampooed, conditioned, combed, and detangled every two to three weeks. Comb out coils, shampoo, and use conditioning steam treatments to keep the hair and scalp healthy.

Cleansing the scalp with a tea tree oil solution between salon visits, once weekly, is highly recommended to maintain a healthy scalp.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



# TWIST



## IMPLEMENTS & MATERIALS

**You will need all of the following implements, materials, and supplies:**

- ☐ Five butterfly clips
- ☐ Blowdryer with nozzle comb attachment
- ☐ Holding gel
- ☐ Hood dryer

- ☐ Leave-in conditioner
- ☐ Long duckbill clips
- ☐ Moisturizing curl-enhancing cream
- ☐ Natural botanical oil

- ☐ Rods
- ☐ Shampoo cape
- ☐ Spray bottle with moisturizing or detangling solution

- ☐ Steamer
- ☐ Sulfate-free moisturizing shampoo
- ☐ Tail comb
- ☐ Wide-tooth comb

## PREPARATION

**Perform:**

**P** 15-1   **Pre-Service Procedure** *See page 340*

## PROCEDURE

1 Drape the client for a shampoo. If necessary, comb and detangle the hair.

2 Cleanse with sulfate-free shampoo, then condition and rinse.

3 Spray on leave-in conditioner and detangle with a wide-tooth comb.

4 Apply natural botanical oil to the scalp and massage the oil into the scalp.



5 Detangle the hair and divide hair into three sections, clipping off the crown.



6 Clip all three sections for control.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**7** Apply curl-enhancing cream to wet hair on entire head and smooth into hair. If the hair is very tight, blowdry lightly with nozzle comb attachment to stretch the curl pattern. Then, apply product.



**8** Starting on the right side of the head, behind the ear to the nape of the neck, make a 45-degree, ½-inch (1.25 cm.) diagonal parting for small twist or 1-inch (2.5 cm.) sections for medium size twist.



**9** Then part a subsection with ½-inch (1.25 cm.) sections for small or larger partings for a medium-size twist.

**10**



**a.** Divide the subsection into two equal parts. Overlap both sections to create a twisting movement—a rope-like effect. Apply holding gel to each individual section before you start the twist.



**b.** Continue twisting hair down the hair shaft.



**c.** Finish twisting with overlapping twisting movement until you reach the ends of the hair.

**11**



**a.** Repeat the twisting movement until you reach the end of the hair strands. Then twirl the ends of the hair with your index finger to create a curl. Clip hair off for control.



**b.** The twist will hang naturally with curls.



**c.** After you have created a few twist, clip off all twists to secure before moving on the next section.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

PROCEDURE 18-6

**12** Remember to make parts in a brick lay formation so the sections will become invisible when the hair lays in between each part.

**13**

  

**a.** Next, make another part of 45 degrees, ½-inch (1.27 centimeters) diagonal above the ear, from the hairline to the back left nape of the neck on the left side of the head.

**b.** Continue diagonal parts until a V-shape is created with the parts moving up the head. Mist the hair with the water bottle if hair starts drying out. The twist must be created on wet hair for long-lasting hold.

**c.** Create twists for the entire row and clip each twist off as you move along the row and parted section.



**14** Continue these diagonal partings on the right side until you reach the crown area. Clip each row off as you move up the next parted section.

**15**



**a.** Now, move to the left side and continue with a 45-degree, ½-inch (1.27 centimeters) diagonal parting on the left side of the head. Repeat the same parts and sections as the right side.



**b.** Continue twisting entire left back area of the head.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.





**18** Continue with subsections and twisting movement, directing the hair to the left or right side, as desired.

**16** Continue moving up the head until you reach the crown area. Notice that the partings will connect exactly with the right side partings to create a V-shape.

**17** At the crown, make diagonal parts across the head connecting the parts on the right and left sides of the head.



**19** If the desired look is laying the hair to the back of the head, start horizontal parts at the back of the crown, and then continue horizontal parts with subsections towards the front hairline.

**20** Once entire head is completed and there are straight hair ends, take a few individual twists and rod the ends with two to three rotations. This technique will create consistency and curly ends for the entire head.

**21** Place under hood dryer for 30 to 40 minutes, or until entire head is completely dry. Remove the rods.



**22** Apply light oil and finger style twist.

**23** Finished style.



Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**PROCEDURE 18-6**

## ALTERNATIVE: TWIST-OUT STYLE

**24** Create twist-out style using entire twisting method from
Procedure 18-6, steps 1 through 21.



**25** Once hair is completely dry, apply light oil and unravel twists
one by one.



**26** Stretch each section of the head by slightly pulling the hair downward
and out with two hands to create free, loose, curly hair with more volume
and movement.

**27** To create more fullness and reduce any parts or lines, take a pick or wide-tooth comb.
Place the comb right on the scalp and lift the hair up one inch from the scalp. Do not
disturb the rest of the twist. Gently lift from the scalp for fullness.

**28** Finger comb as desired.



**29** Finished style.

## POST-SERVICE

**Complete:**

**P** 15-2   **Post-Service Procedure** *See page 343*

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



# STARTING LOCKS WITH NUBIAN COILS



## IMPLEMENTS & MATERIALS

**You will need all of the following implements, materials, and supplies:**

- ☐ Barber's comb
- ☐ Four butterfly clips
- ☐ Holding gel
- ☐ Hood dryer
- ☐ Leave-in conditioner
- ☐ Long duckbill clips
- ☐ Natural botanical oil
- ☐ Shampoo cape
- ☐ Sulfate-free moisturizing shampoo
- ☐ Wide-tooth comb

## PREPARATION | PROCEDURE

**Perform:**

**P** **15-1** **Pre-Service Procedure** *See page 340*



1. Drape the client for a shampoo. If necessary, comb and detangle the hair.

2. Cleanse with sulfate-free shampoo, then condition and rinse.

3. Spray on leave-in conditioner and detangle with a wide-tooth comb.

4. Apply natural botanical oil to the scalp and massage the oil into the scalp.

5. Detangle and divide hair into two sections.

6. Clip for control.



7. To create movement, start at the hairline and create a crescent-shaped part with the smaller end of the comb. Apply gel to the tip of the comb.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

PROCEDURE 18-7



**8** Comb the gel through the entire parted section. At the base, start to rotate or roll-comb with a clockwise rotation, down the hair shaft to the end. The hair is curled towards end and coil lies flat on the scalp.

**9** Using the comb, twirl hair and place coil end in the direction you would like the hair to lie.



**10** As you move up and around the head, create a sculpting movement which features the head contour.

**11** The movement can be in multiple directions with dimension. For example, the entire back will move forward from the center back towards the front on both sides, while the top will move upward and forward. Positioning the comb and directing the hair upward will give a different directional movement to the top crown.

**12** Once the right back section to front section is complete, start on the right side, twirling the comb toward the front of the head in a counterclockwise rotation.

**13** The coil style has one continuous movement from front to back.



**14** Continue coil movement at the crown, keeping contours and directions of coil uniform, directing from back to front in a upward and forward direction. The coils will lie flat and point upward.

**15** While front coils are still damp, fine-tune their direction and make a soft bang.

**16** Place the client under the dryer. Add oil for more sheen.



**17** Finished style.

<div style="background:#7a4a55;color:white;padding:4px 12px">POST-SERVICE</div>

**Complete:**

**P** 15-2  **Post-Service Procedure** *See page 343*

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

## P 18-8

# CULTIVATING AND GROOMING LOCKS



## IMPLEMENTS & MATERIALS

**You will need all of the following implements, materials, and supplies:**

□ Box of small 2 pronged rollerclips

□ Five butterfly clips

□ Herbal rinse

□ Hood dryer

□ Natural botanical oil and light moisturizing conditioner

□ Shampoo cape

□ Steamer

□ Sulfate-free shampoo

□ Tapered barber's comb

□ Water-soluble gel

## PREPARATION    PROCEDURE

**Perform:**

P 15-1 **Pre-Service Procedure** *See page 340*



1 Drape the client for a shampoo.

2 Cleanse the hair and scalp with a sulfate-free shampoo.

3 Add light moisturizing conditioner, steam and then rinse locks.

4 Apply oil to the scalp and entire length of lock, and massage the scalp.



5 Starting at the base of the neck, use the larger end of the barber's comb to square off new growth of locked hair, creating a clean part.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

PROCEDURE 18-8



**6** Apply gel to the smaller end of the comb Place a small amount of gel at the new growth base of each lock.



**7** Pull down all the loose hair together into the lock with comb and gel. This will compact the loose hair and builds the lock base. Rotate the comb once.



**8** Remove the comb and, using two fingers (index finger and thumb), push loose hair together and smooth and then roll hair between fingers.



**9** Place the lock between palms of both hands. Pressing gently, rotate the lock in your palm with a back-and-forth motion.



**10** Move down the entire length of the lock, palm rolling to smooth loose hair into the lock.



**11** Clip off each section at the base if needed and along the length of the lock with a small or large duckbill clip, as you complete palm rolling locks.

**12** Once you complete the entire back section, continue to the right and left sides of the head and save the crown section for last.

566    PART 3 | HAIR CARE

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**13** Place the client under hood dryer for 30 to 40 minutes until locks are completely dry.



**14** For dimensional styling, gather several locks and braid hair to create crimped locks or after removal from dryer cornrow entire head of locks with 8 to 10 cornrows. Secure ends with elastic bands.



**15** Then, take the braided locks and create a fishtail braid. Secure with elastic band and tuck fishtail under. Secure with hair pins.

**16** Spray locks with oil shine.



**17** Finished style.

## POST-SERVICE

**Complete:**

**P** 15-2  **Post-Service Procedure** See page 343



Check out miladypro.com for additional resources and training to enhance your technical skills.   Keyword: *FutureCosPro*

CHAPTER 18 | BRAIDING AND BRAID EXTENSIONS    567

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

# REVIEW QUESTIONS

1. What is the most effective way to prepare hair for braiding?

2. What are the steps in creating basic cornrows?

3. List several types of braiding techniques.

4. Name and describe several textured sets and styles.

5. Name and describe the developmental stages of locks.

# STUDY TOOLS

- **Reinforce what you just learned:** Complete the activities and exercises in your Theory or Practical Workbook, or your Study Guide.

- **Expand your knowledge:** Search for websites about the topics in this chapter and make a list of additional resources.

- **Study and prepare for your quiz:** Take the chapter test in your Exam Review or your Milady U: Online Licensing Prep.

- **Re-Test your knowledge:** Take the Chapter 18 *Quizzes*!

- **Learn even more:** Look up in a dictionary or search the internet for the definitions for any additional terms you want to learn about.

# CHAPTER GLOSSARY

| | | |
|---|---|---|
| **Bantu knot or Nubian knots** | p. 540 | The hair is double-strand twisted or coil twisted and wrapped around itself to make a knot. Knots are secured by bobby pins or elastic bands. |
| **Bantu knot-out style** | p. 540 | Knots can be opened and released to create wavy and fuller loose curls. |
| **Braid-out set** | p. 540 | This style involves braiding the hair when either wet or dry and then opening the braid to create a crimped texture-on-texture effect with added volume. |
| **coils** | p. 541 | Also known as *comb twist*; small sections of natural hair that are gelled and spiraled with fingers or a comb to create individual formations of tight, cylindrical coils. |
| **coil-out** | p. 541 | Once hair is comb coiled into individual coils, then dried completely, they are uncoiled or neatly unraveled to create a fuller coily textured Afro style. |
| **coil comb technique** | p. 543 | A technique with individual formations of cylindrical coils used to create coil styles or locks. This method involves placing the comb at the base of the scalp and, with a rotating motion, spiraling the hair into a coil. With each revolution, the comb moves down until it reaches the end of the hair shaft. |
| **cornrows** | p. 543 | Also known as *canerows*; narrow rows of visible braids that lie close to the scalp and are created with a three-strand, on-the-scalp braiding technique. |
| **flat-twist** | p. 540 | Double-strand twists that are interwoven to lie flat on the scalp with various patterns with our without extensions. |
| **fishtail braid** | p. 540 | Simple two-strand braid in which hair is picked up from the sides and added to the strands as they are crossed over each other. |

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

| glamour waves | p. 540 | Flat-twist set is unraveled to make a loose, wavy texture on the entire head. |
|---|---|---|
| halo braids | p. 536 | Two or three long, simple, inverted, thick cornrows created around the head. The extended braids are then wrapped and pinned to make a halo effect. |
| invisible braid | p. 535 | Also known as *inverted braid* or *French braid*; a three-strand braid that is produced with an overhand technique. |
| locks | p. 542 | Also known as *dreadlocks* or *locs*; separate networks of curly, textured hair that have been intertwined and meshed together. |
| natural hairstyling | p. 528 | Hairstyling that uses no chemicals or dyes and does not alter the natural curl or coil pattern of the hair. |
| nubian knots | p. 540 | Also known as *Bantu knots*; hair is double-strand twisted or coil twisted and then wrapped around itself to create a knot and then secured with a pin or elastic band. |
| overhand technique | p. 535 | A technique in which the first side section goes over the middle one, then the other side section goes over the middle strand. |
| rope braid | p. 536 | Braid created with two strands that are twisted around each other. |
| single braids | p. 537 | Also known as *box braids* or *individual braids*; free-hanging braids, with or without extensions, that can be executed using either an underhand or an overhand technique. |
| spiral rod set | p. 541 | This set can be done with rods, flexi-rods, or curl reformers of all sizes. Hair is wrapped around a vertical rod, moving up the rod in a spiral movement. |
| steamer | p. 533 | Used to deeply hydrate, moisturize, and condition the hair with water vapor; infuses water hydration, opening the cuticle layer of the hair shaft and enabling nourishing protein conditioners and botanical oils to penetrate deeply into the cortex layer. |
| textured set and style | p. 540 | Textured sets elongate the natural frizzy hair and make a smooth-silky curl, wavy or zig-zag pattern when the hair is set wet or dry on natural curly or coily hair textures. |
| textured hair | p. 530 | Hair with a tight coil pattern. |
| twisting | p. 531 | A rope effect on individual sections of hair made with a double stranded twist technique done by overlapping two strand sections of hair, to form a candy cane effect. |
| twist-out | p. 542 | A double-stranded twist set is unravel and opened to create a spirally, full-crimped effect. |
| underhand technique | p. 535 | Also known as plaiting; a technique in which the left section goes under the middle strand, then the right section goes under the middle strand. |
| visible braid | p. 535 | Three-strand braid that is created using an underhand technique. |
| wave pattern | p. 530 | The coil configuration, of textured hair. |
| weaving | p. 531 | Hair extensions on a weft are sewn or bonded onto a cornrow base to make a longer, fuller head of a natural-looking hair. There are several methods of weaving from bonding, fusion, braid sew attachment, threading, and tubing. |

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

# 19

# WIGS AND HAIR ADDITIONS



# LEARNING OBJECTIVES

After completing this chapter, you will be able to:

## LO❶
Understand why cosmetologists should study wigs and hair additions.

## LO❷
Explain the differences between human hair and synthetic hair.

## LO❸
Examine the two basic categories of wigs.

## LO❹
Distinguish several types of hairpieces and their uses.

## LO❺
Review several different methods of attaching hair extensions.

## OUTLINE

WHY STUDY WIGS AND HAIR ADDITIONS?   573

ESTABLISH THE DIFFERENCES BETWEEN HUMAN AND SYNTHETIC HAIR   573

LEARN BASIC WIG KNOWLEDGE   577

KNOW THE DIFFERENT TYPES OF HAIRPIECES   583

STUDY THE WORLD OF HAIR EXTENSIONS   586



**figure 19-1**
Client before getting hair extension



**figure 19-2**
The same client, transformed with clip-in extensions.



F rom the beginning of recorded history, wigs have played an important role in the world of fashion. The ancient Egyptians shaved their heads with bronze razors and wore heavy black wigs to protect themselves from the sun. In ancient Rome, women wore wigs made from the prized blond hair of barbarians captured from the North. In eighteenth-century England, men wore wigs, called *perukes*, to indicate that they were in the army or navy, or engaged in the practice of law.

In today's fashion-conscious world, wigs and hair additions (a category that includes hairpieces and hair extensions) play an incredibly important role. Working with hair additions can be either a simple retail effort or a highly specialized field. Most clients buy wigs off-the-shelf or on the Internet and rarely have them custom fitted anymore, although there are some opportunities for stylists to cut, color, and care for wigs. Toupees are often custom-made and fitted, using hair-type matches and a perfect mold or exact measurements of the head. Working with toupees takes years of specialized training, which is why much of the toupee business is found in hair replacement centers.

Hair additions range from clip-on hairpieces that salons retail, such as ponytails, chignons, bangs, and even extensions, to elaborately applied extensions in which addition strands are attached individually. In the newest technique, single strands of hair are meticulously hand-tied onto individual strands of the client's hair. In any case, moving beyond clip-in hair additions requires specialized training (figures 19-1 and 19-2).

Each hair extension manufacturer has its own attachment method, and normally you must take the manufacturer's class to be allowed to purchase that manufacturer's extensions. Inventory can be a hefty investment. Even carrying clip-on extensions requires stocking a range of styles and colors, but with every woman in Hollywood wearing them, the demand is high.

The income that hair extension services represent ranges from a small amount for a clip-on ponytail or bang to thousands of dollars for human-hair extensions that are fusion bonded strand-by-strand to the client's hair. Additionally, hair-loss clients and medical clients, such as cancer patients, have very particular needs for hair additions, which you can learn if you choose to specialize.

Because there are many options that require additional training, this chapter gives you a simple, basic overview of the many alternatives available in the world of hair additions. It is a gratifying and lucrative specialty open to any cosmetologist who furthers his or her education.

### ? DID YOU KNOW?

In 1989 the Cosmetic, Toiletry, and Fragrance Association (CTFA) founded the CTFA Foundation, a charitable organization, and established the Look Good…Feel Better program to help cancer patients deal with hair loss. For more information about working with or helping clients with hair loss due to illness, visit the Look Good…Feel Better website at lookgoodfeelbetter.org or call 1-800-395-LOOK.

Courtesy of www.GarlandDrake.com. Photography by Dixie Dixon, makeup by Kay Castro, Hairstyling by Tony Greenleaf, all for Garland Drake.

Courtesy of www.GarlandDrake.com. Photography by Dixie Dixon, makeup by Kay Castro, Hairstyling by Tony Greenleaf, all for Garland Drake.

Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

*After reading the next few sections, you will be able to:*

 **Understand why cosmetologists should study wigs and hair additions.**

## why study
# WIGS AND HAIR ADDITIONS?

**Cosmetologists should study and have a thorough understanding of wigs and hair additions because:**

> The market for products and services related to faux hair has expanded to every consumer group, from baby boomers with fine and thinning hair, to young trendsetters, to celebrities.

> Hair extensions, additions, and customized wigs can be some of the most lucrative services in the salon.

> Each manufacturer has its own systems, but if you understand the fundamentals, you can easily work with any company on the market.

> The skills you develop will open many doors, from working behind the scenes in Broadway shows to working in Hollywood with celebrities who invariably wear faux hair.

*After reading the next few sections, you will be able to:*

 **Explain the differences between human hair and synthetic hair.**

# Establish the Differences Between Human and Synthetic Hair

What is the fastest way to tell if a strand of hair is a synthetic product or real human hair? Pull the strand out of the wig or hairpiece and burn it with a match. Human hair will burn slowly, giving off a distinctive odor. A strand of synthetic fiber, on the other hand, will either ball up and melt, extinguishing itself (a characteristic of a synthetic like Kanekalon®), or it will continue to flame and burn out very quickly (typical of polyester). In either case, it will give off a slight odor.

How can you determine whether real hair or synthetic hair is best for your client? Both have advantages and disadvantages.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

### Advantages of Human Hair

* More realistic appearance.

* Greater durability.

* Same styling and maintenance requirements as natural hair. Human hair can be custom colored and permed or relaxed to suit the client, and it tolerates heat from a blow dryer, curling iron, flat iron, and hot rollers (figure 19–3).

## Disadvantages of Human Hair

* Human hair reacts to the climate in the way that natural hair does. Depending on what type of hair it is, it may frizz or lose its curl in humid weather.

* After shampooing, the hair needs to be reset. This can be a challenge for the client who intends to maintain the hair at home.

* The color will oxidize, meaning that it will fade with exposure to light.

* The hair will break and split if mistreated by harsh brushing, backcombing, or excessive use of heat.

## Advantages of Synthetic Hair

* Over the years, the technology used to produce synthetic fibers has greatly improved. Wigs, hairpieces, and extensions made of modacrylic are particularly strong and durable. Top-of-the-line synthetics like Kanekalon®, a modacrylic fiber, simulate protein-rich hair with a natural, lustrous look and feel. These synthetics are so realistic they can even fool stylists (figure 19-4).

* Synthetic hair is a great value. Not only is it very realistic, but it is less expensive than human hair. Both style and texture are set into the hair. Ready-to-wear synthetic hair is very easy for the client to maintain at



Photo courtesy of Tom Carson Photography. Hair: Pat Heimandollar & Michelle Anderson, Savvy Salon & Spa.

**figure 19-3**
Human hair additions can add a dramatic touch.



Photo courtesy of Tom Carson Photography. Hair: Thresa Venable. Sheer Professionals Salon & Spa.

**figure 19-4**
Synthetic additions can be whimsical.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

home. Shampooing in cold water will not change the style, nor will exposure to extreme humidity.

- Most synthetic wigs, hairpieces, and extensions are cut according to the latest styles with the cut, color, and texture already set, so all that is required is some detailing, custom trimming, or attachment of the extensions.

- The colors are limitless, ranging from natural to wild fantasy shades. Price is a factor when it comes to color and texture. The cheaper synthetic wigs and hair additions tend to be more solid in color (less tone-on-tone) and the fiber is coarser (polyester based). The higher-end products are a mix of many shades, containing highlights and lowlights for a natural effect.

- Synthetic colors will not fade or oxidize, even when exposed to long periods in the sun.

## Disadvantages of Synthetic Hair

- Synthetic hair cannot be exposed to extreme heat (curling irons, flat irons, hot rollers, or the high heat of blow dryers). However, some synthetic hair is coated with a protein base and can tolerate low heat. Always check with the manufacturer and perform a test strand on a small section of the actual synthetic piece.

- Coloring synthetic fibers is not recommended because traditional hair color will not work on them.

- Sometimes synthetic hair is so shiny that it may not look natural. Also, if the hair is thick, it will look unnatural on a fine-haired client.

- Price often has a lot to do with how natural synthetic hair looks. In other words, the most natural-looking synthetic pieces can be expensive.

## Quality and Cost

There are pros and cons for both human hair and synthetic hair. The bottom line in both cases is that you get what you pay for.

Ultimately, your success in working with any hair addition will be determined by the quality of the product itself. Do not be fooled by imitations. Inexpensive wigs, hairpieces, and extensions may be great for fun moments or to practice cutting on, but in other situations they can look tacky and unattractive.

The more expensive wigs, hairpieces, and extensions are those made of human hair. Pricing varies as follows:

- European hair is at the top of the line. Virgin hair is the most costly; color-treated virgin hair is very costly as well.

- Virgin human hair from India and Asia, the two regions that provide most of the human hair commercially available, are next in cost. Although, Indian, Asian, and Malaysian Remi/cuticle hair, and Brazilian cuticle hair are still expensive to purchase. Indian hair is usually available in lengths from 12 inches (30 centimeters) to 16 inches (40 centimeters). Asian hair is available in lengths of

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**FOCUS ON**
**Cost**

To the average consumer, the deals at the local beauty supply store may look good. But that apparent deal could be a mix of animal hair and human hair, and once hair is washed, the wig could mat into a big ball. Beauty supply stores and online hair companies provide good quality human and cuticle, Remi hair for prices ranging from 150$ to 300$ per 4 ounces.

The most realistic hair additions, such as those used in film work, cost thousands of dollars. Your client will not necessarily need something of this grade, but you must still pay attention to quality. As a professional, you must educate your client and recommend only well-made products. Remember, when you recommend a product, you put your reputation on the line.

12 inches (30 centimeters) to 28 inches (40 centimeters). Indian hair is usually wavy; Asian hair is usually straight.

- Human hair mixed with animal hair is next in expense. The animal hair may be angora, horse, yak, or sheep. Yak hair is taken from the animal's belly and is the purest of whites. Its natural color lends itself to adding fantasy colors, which attract teenagers. Mixed-hair products are often used in theatrical or fashion settings.

- Human hair mixed with synthetic hair finishes the list. The mix is often half human hair and half synthetic hair. These wigs and hairpieces blend the advantages and disadvantages of both and can be a good option if chosen in the best color and texture for the client.

There are several important questions to ask when selecting a hair addition for the client:

- Is the addition made of human hair, animal hair, a mix of both, or is it synthetic or a synthetic blend?

- Is the hair colored, or in its natural state (virgin hair)?

- If the hair is human hair, is it graded in terms of strength, elasticity, and porosity?

- Is the cuticle intact? Cuticle-intact hair is more expensive because the hair has been turned. **Turned hair**, also known as *Remi hair*, is hair in which the root end of every single strand is sewn into the base so that the cuticles of all hair strands move in the same direction: down. The hair is in better condition, and it is much easier to work with because it doesn't tangle easily. Turning is a tedious, time-consuming process that increases the cost of the hair addition.

- Is it **fallen hair** (the opposite of Remi hair), hair that has been shed from the head and gathered from a hairbrush, as opposed to hair that has been cut? Fallen hair is not turned, so the cuticles of the strands will move in different directions. This makes it tangle. With what is called Remi refined hair, the cuticle is partially removed so that it will not lock and mat. This hair tends to be less expensive than Remi hair.

- Is the hair tangle-free? If the cuticle has been removed, this often means you cannot condition the hair because it will tend to mat.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

- What is the condition of the hair? Has it been bleached? Can it be colored? Has it been colored with metallic dye?

- Will the hair match the client's hair? Is it similar in type and texture? Is the color-match close enough?

- Can the hair be permed or relaxed?

- If the client is going to maintain her hair at home, will the hair addition last a reasonable amount of time? (Additions should last four to six months in continual use.)

*After reading the next few sections, you will be able to:*

LO    Examine the two basic categories of wigs.



**figure 19-5**
Wigs and hairpieces come in a wide range of styles and colors.

# Learn Basic Wig Knowledge

A **wig** can be defined as an artificial covering for the head consisting of a network of interwoven hair. When a client wears a wig, the client's hair is completely concealed (100 percent coverage). If a hair addition does not fully cover the head, it is either a **hairpiece**, which is a small wig used to cover the top or crown of the head, or a hair attachment of some sort (**figure 19-5**).

## Types of Wigs

There are two basic categories of wigs: cap and capless.

**Cap wigs** are constructed with an elasticized, mesh-fiber base to which the hair is attached. They are made in several sizes and require special fittings. More often than not, cap wigs are hand-knotted. The front edge of a cap wig is made of a material that resembles the client's scalp, along with a lace extension and a wire support that is used at the temples for a snug, secure fit. Hair is hand-tied under the net (under-knotted) to conceal the cap edge. The sides and back edges contain wire supports, elastic, and hooks for a secure fit. Latex-molded cap wigs are also available; these are prostheses for clients with special needs.

**Capless wigs**, also known as *caps*, are machine-made from human or artificial hair. The hair is woven into **wefts**, which are long strips of hair with a threaded edge. Rows of wefts are sewn to elastic strips in a circular pattern to fit the head shape. Capless wigs are more popular than cap wigs as they are ready-to-wear and less expensive.

The capless wig is a frame of connected wefts with open areas. To understand the construction of a capless wig, compare a nylon stocking to a fishnet stocking: one has a closed framework (the cap wig), and the other is open (capless). Due to their construction and airiness, capless wigs are extremely light and comfortable to wear (**figure 19-6**).

In general, capless wigs are healthier, because they allow the scalp to breathe and because they prevent excess perspiration. A cap wig is best

**figure 19-6**
A capless wig

CHAPTER 19 | WIGS AND HAIR ADDITIONS    577

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

**FOCUS ON**
**Client Care**

Although many clients wear wigs for fun and versatility, others have experienced hair loss due to a serious illness or treatments such as chemotherapy. Be attuned to your client's emotional state about his or her well-being, and be sensitive to the possibility that some clients will need a private consultation.

for clients with extremely thin hair and for clients with no hair because capless wigs will allow a bald scalp to show through. There are many new innovations that make wigs more comfortable and practical than ever, like lace front wigs, which have an incredibly natural-looking hairline. Today's wigs are so well designed and fashionable that many are bought off-the-shelf for immediate wear.

### Methods of Construction

- **Hand-tied wigs**, also known as *hand-knotted wigs*, are made by inserting individual strands of hair into mesh foundations and knotting them with a needle. Hand-tying is done particularly around the front hairline and at the top of the head. These wigs have a natural, realistic look and are wonderful for styling. The hand-tied method most closely resembles actual human hair growth, with flexibility at the roots. There is no definite direction to the hair, and it can be combed in almost any direction.

- **Semi-hand-tied wigs** are constructed with a combination of synthetic hair and hand-tied human hair. Reasonably priced, they offer a natural appearance and good durability.

- **Machine-made wigs**, the least expensive option, are made by feeding wefts through a sewing machine, then stitching them together to form the base and shape of the wig. Another favorable characteristic of these wigs is their bounce-back quality; even after shampooing, the style returns. They have the disadvantage of the wefting direction, which restricts styling options.

It is important to be aware of the artificial growth patterns of a wig. Wig construction will determine the direction in which you style the hair. The most flexible and versatile of all patterns is the hand-tied wig. Machine-made wigs are sewn in a specific direction, offering no versatility. If the client likes the style, this is a good thing; if not, the wig is not right for the client.

## Taking Wig Measurements

In recent years, working with wigs has become a specialty among salon professionals. As a result, salons have become less and less likely to carry an inventory of wigs, or even to carry a wig catalogue. However, it is advantageous to have a basic understanding of wigs. Here is an overview.

The creation of a custom-made wig begins with taking the client's measurements. Use a soft tape measure, keeping it close to the head without pressure. Always keep a written record of the client's head measurements, and forward a copy to the wig dealer or manufacturer. Each manufacturer has its own form to fill out, which notes the measurements required. Most manufacturers ask for precise specifications of hair shade, quality of hair, length of hair, and type of hair part and pattern. Higher-end companies ask you to include a sample of the client's hair with the order.

If the wig is ready-to-wear, no measuring will be needed because it can be adjusted by tightening or loosening the straps or the elastic in the nape.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

Ready-to-wear wigs are more common today. But still, many wigs need to be adjusted to the head and custom styled or trimmed to suit the client.

It is important to choose the proper size for the client's wig to ensure maximum comfort and security. Most adults will wear an average size, although the amount of hair underneath the wig may affect the size requirements.

There are three sizes of wigs: petite, average and large.

1. Petite wigs fit up to 21.5 inches (53.75 centimeters).

2. Average wigs fit heads from 21.5 inches (53.75 centimeters) to 22.5 inches (56.25 centimeters).

3. Large wigs fit heads 22.5 inches (56.25 centimeters) to 24 inches (60 centimeters).

### Measuring the head

Before you measure, make sure to flatten the client's hair down with a brush, so it will not be in the way. Then just lay the tape measure gently around the head. Do not pull or tighten the tape measure to ensure a more accurate measurement.

Wigs should settle into the natural hairline, a few inches above the eyebrows. The back of the wig should come down to the natural hairline (nape) in the back. Most wigs have adjustable tabs or Velcro strips in the back. These tabs allow for adjustments to the circumference of the wig for the best and most comfortable fit.

To determine the size that's right for your client, measure your client's head size by taking the following measurements:

- **Head Circumference:** This measurement is the distance around the head. Circumference = _____ inches. Most wig circumferences can be adjusted up to 1–1½ inches (2.5-3.75 centimeters) (figure 19-7).

- **Front to Nape:** This measurement is the length of the head from the front to the nape of the neck. Front to Nape = _____ inches (figure 19-8).

- **Ear to Ear:** This measurement is the head from the top of one ear, over the crown to the top of the other ear. Ear to Ear = _____ inches (figure 19-9).

### Blocking the Wig

A block is a head-shaped form, usually made of canvas-covered cork or Styrofoam, on which the wig is secured for fitting, coloring, and sometimes styling. Canvas blocks are available in six sizes, from 20 inches (50 centimeters) to 22 inches (56.25 centimeters). The block is best attached to your work area with a swivel clamp, which allows for greater control. However, today most wigs are cut and finished while on the client, and then cleaned and stored on a drying rack. A block is best used for practicing on a wig.

## Putting on the Wig

One of the most important steps in the wig service is instructing the client on how to put on the wig. Start by educating the client on the correct



**figure 19-7**
Measuring the circumference of the head



**figure 19-8**
Measuring from the front to the nape



**figure 19-9**
Measuring from ear to ear over the crown

CHAPTER 19 | WIGS AND HAIR ADDITIONS    579

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 19-10**
Free-form cutting with vertical sections



**figure 19-11**
Free-form cutting with diagonal sections



**figure 19-12**
Free-form cutting with horizontal sections

method for preparing her hair. The client's skill at securing her hair under the wig cap and making it flat and even will determine how well the wig sits on her head. If the wig does not fit properly—for instance if it is too large and does not have tightening straps or elastic—you can create a small fold or tuck and sew the wig along the inside to create a seam. To shorten the wig from front to nape and remove bulk, create a horizontal tuck or fold across the back. To remove width at the back, create a vertical tuck and sew it in place. Keep in mind that sewing the wig to create a customized fit is a highly specialized art.

## Cutting Wigs

When cutting a wig, your general goal is to make the hair look more realistic. As you know, natural hair has many lengths. Even when hair is cut to one length, internally there are various stages of hair growth. Hair that is one-month old and hair that is years-old exist on the same head. The stylist should try to achieve this natural look in the wig. The most effective way to do this is to taper the ends when cutting the wig. The more solid the shape, the more unnatural the hair will look.

When cutting and trimming wigs, you can follow the basic methods of haircutting—blunt, layered, and graduated—using the same sectioning and elevations as on a real head of hair. Or you may do what many top stylists prefer to do, which is to cut free-form on dry hair. The wig should be placed on the block for cutting or, for a realistic cut, the wig should be cut right on the client's head. The comb out and finishing should always be done on the client's head.

If you use free-form cutting, always work toward the weight. Vertical sections create lightness. Diagonal sections create a rounder, beveled edge. Horizontal sections build heavier weight (figures 19-10 through 19-12).

To use this visual approach, begin by cutting a small section and observe how the hair falls. Your next step will be based on how the hair responds.

Draw a diagram of the silhouette or have a photo image handy for reference. These will work as a kind of blueprint for you to follow.

Free-form cutting is usually done on dry hair, which allows you to see how easily the hair will fall. When the hair is wet, it can be hard to judge how the hair will fall.

To practice wig cutting, buy two inexpensive ready-to-wear wigs in the same style. Take a photo for reference purposes. Draw a diagram of the sections, indicating how you are going to cut the wigs. This way, you can rehearse your plan before even picking up the shears.

Begin your practice with the shadow cut. Trim the wigs following the original design that has been pre-cut into the wig, but cut the first wig wet. Then air-dry it and evaluate the style. Trim the second wig, following the same style, but this time cut it dry. Take photos of both results, and evaluate the looks you have achieved with both dry and wet cutting.

You will discover that the wet cutting method was more controlled and technical, while the dry cutting method was freer and more abstract. Often, the more abstract method results in a cut that looks more realistic.

Repeat the above exercise with a razor, thinning shears, and standard haircutting shears using the tapering method only. Compare the results.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

## Styling the Wig

The important thing to remember when you are styling a wig is that you must never lose sight of the big picture. Some stylists get overly involved in the wig, as if it is a creation that exists apart from the client. This is the wrong approach. A great stylist works with the total person, not just the head. When you have finished styling the wig, step back and ask the client to stand up and walk around so that you can check for balance and proportion and make corrections accordingly.

Most of the hair you will be working with is chemically treated, so it needs to be handled gently. You will achieve the best styling results by following these guidelines:

- When using heat on human hair, always set the styling tool on low.

- Treat the hair gently; do not pull it or otherwise treat it carelessly.

- Traditionally, brushes made with natural boar bristles have been regarded as best for use on human hair. The brush's soft bristles are preferable to sharp-edged synthetic bristles, which can damage hair. Today, however, you will find many synthetic brushes that have smooth, rounded plastic teeth, more like combs, and they are excellent and economical choices. Keep in mind that the key with any brush or comb is to be gentle because hair can be easily damaged.

Use a block when necessary for coloring, perming, relaxing, setting, and basic cut outlining. The comb-out and finishing touches for most modern cuts should be completed on the client's head in order to achieve proper balance and personalization (figure 19-13).

Remember that most clients come into the salon looking for a natural look. Making a wig look believable is very challenging, and to do it well is truly an art form. The areas that must appear the most convincing are the crown, the part, and the hairline. Sometimes, crowns and parts look more natural when they are flat to the head; other times, a more natural look is attained by adding volume to these areas. This will be determined by the style. A general rule is to follow the direction of the knotting and weave, as preset by the wig maker. If you fight the direction, the results may look odd.

## Styling Tips for the Hairline

- Choose styling products that have been formulated for color-treated hair. These will work the best, and they are gentlest to human hair. There are also specialized products for wigs. Just remember that whatever you put into the hair will eventually have to be shampooed out.

- If the wig does not have a natural-looking hairline or a lace front, backcomb gently around the hairline. The fluffy effect softens the hairline.

- Release the client's hair around the hairline, and cut and blend it into the wig hair.

The best test to gauge how realistic the wig looks is to use the wind test. This test simulates the wind blowing the client's hair

**figure 19-13**
A natural looking style



© Ipatov/shutterstock.com

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 19-14**
The wind test

away from her face. Gently blow around the client's face with a blow dryer set at cool and low. Observe how the hairline looks. Does it seem realistic? If so, point out the results to the client, who may be feeling insecure about whether the wig looks natural enough (figure 19-14).

When styling a wig, do not try to make it look perfect. Little imperfections help achieve a realistic look. Use your hands rather than a brush for a more natural look (figure 19-15). Do not plaster the hair down because it will look artificial.

## Cleaning the Wig

Clients who bought off-the-shelf wigs may bring them to a salon for cleaning, reshaping, and styling. To clean any wig, always follow the manufacturer's instructions. If shampooing is recommended, use a gentle shampoo, such as one you would use for color-treated hair, or use shampoo specially developed for wigs. Avoid any harsh shampoos with a sulfur base, such as dandruff shampoos. Soak, then gently squeeze the wig and use a drying rack for drying. If you are cleaning a wig made of human hair, you should also condition it.

## Coloring Wigs and Hair Additions

All synthetic hair colors used for wigs and hairpieces are standardized according to the 70 colors on the hair color ring used by wig and hairpiece manufacturers. The colors range from black to pale blond. Because most commercially available hair originates in either India or China, the most common natural color level is 1, or black. It is very difficult to lift level 1 to level 10. (See Chapter 21, Haircoloring, for a discussion of hair color levels.) At the other end of the spectrum is white yak hair, which is an excellent base for adding color. Yak hair is especially good to use with fantasy colors that appeal to some younger clients.



**figure 19-15**
Style with the fingers for a natural look.

If you are going to custom color the hair, use hair that has been decolorized (bleached) through the lifting process, not with metallic dyes. Be sure to check with the manufacturer.

The principles that guide the coloring of natural hair also apply to the art of coloring wigs and hair extensions. As in all disciplines, you must first learn the rules before you break them. Good colorists are not afraid to make mistakes because they have worked hard to learn the basics and know how to correct mistakes.

When coloring a wig, first check to see if the cuticle is intact. Hair in which the cuticle is absent is very porous and will react to color in an extreme manner. Always strand-test the hair prior to a full-color application. Use semipermanent, demipermanent, glaze, rinse, or color mousse products. Use permanent hair color on human hair wigs unless the hair is porous, in which case, semipermanent color is the better choice. (See Chapter 21, Haircoloring, for more detail.)

When coloring a human hair wig or hair addition, conduct regular color checks every five to ten minutes. Remember that the hair you are working on did not come from one head, but from many different heads, so it may be unpredictable. Often, it is easier to color the client's hair to match a hair addition than to color the addition itself.

> ### ⚠ CAUTION
> Harsh handling will damage wig hair, and—unlike hair on the human head—wig hair will not grow back. If you treat a wig carelessly, it will have a short life, so remember to be gentle.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

## Perming Wigs and Hair Additions

If you want to perm human hair to match the client's natural wave pattern, you need to know how the hair was colored. Was it decolorized (bleached) or dyed with metallic dye? Do not perm hair that has been colored with a metallic dye.

The permanent wave must be performed with the hair additions off the client's head. For wigs and hairpieces, cover the head form with plastic to protect it from the chemical solutions, pin the wig securely to the head form, and perm as you would a natural head of hair. Perm extensions as they lie flat. (See Chapter 20, Chemical Texture Services, for perming procedures.)

*After reading the next few sections, you will be able to:*

LO❹ Distinguish several types of hairpieces and their uses.

# Know the Different Types of Hairpieces

In eighteenth-century France, women wore towering hairdos complete with extensions and various apparatuses, such as springs to adjust the height. Some of these coiffures were three-feet high and had elaborate visual elements worked into them such as model ships or gardens. These styles were often untouched for weeks at a time. The bad news is that they sometimes attracted vermin. The moral of this story is that sometimes it is best not to get swept up in current trends or passing fashions. Always be aware of the strength of classic design. Keep it simple, remembering that less is more, and try not to let yourself get carried away.

Hairpieces are an important area of hair additions (figure 19-16). They sit on top of the client's head, covering a portion of it, or clip onto another area, such as the nape. They are usually attached by temporary methods. (They are not worn during sleep.) Some, like wiglets that conceal a thinning top, can also be attached with a braid-and-sew technique.

There are many different types of hairpieces, including integration pieces (which are attached with a semipermanent method), toupees (which can be complex and challenging to work with), and fashion hairpieces. Fashion hairpieces include falls, half wigs (falls on a cap that attaches with combs an inch or so behind the hairline and can be used with a headband or with the natural hair combed straight back to conceal the attachment site), wiglets, chignons, bandeaus (falls with a headband attached), cascades (clip-on top curls), ponytails, bangs, and fillers (which add volume to fine hair). Many of the newest fashion hairpieces simply clip on with pressure-sensitive clips, claw clips, or combs. Here, only the major types are covered to give you a general overview. Working with hair additions and hair replacement systems is a specialized art, and many manufacturers have their own attachment systems and training.

Photography from the Gabor Collection, supplied by Eva Gabor International.



### DID YOU KNOW?

Working with wigs and toupees requires special tools, many of which are sold by the wig manufacturers. Special tools needed for wigs include the following:

- Boar-bristle brush
- Cloth measuring tape
- Duckbill clips
- Hair and bobby pins
- Neck strip
- Specialized needle and thread
- Specialized shampoos and conditioners for wigs
- T-shaped pins
- Wig block
- Wig caps

Special tools needed for toupees include the following:

- Block
- Clips
- Specialized adhesive
- Specialized needle and thread
- Specialized shampoos and conditioners
- Specialized tape
- T-shaped pins



figure 19-16
Hairpieces can look very natural.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



Photography from the Gabor Collection, supplied by Eva Gabor International.

**figure 19-17**
Integration hairpiece



Photography by Tom Carson. Hair: Acacia Cronic. Elon Salon.

**figure 19-18**
An integration hairpiece is easy to wear.

The client's hair can be prepared in a number of ways before the hairpiece is attached. It can be tied into a ponytail or bun or twisted into a French twist. It can be blended with the hairpiece or serve as a base for it.

## Integration Hairpieces

An integration hairpiece is a hairpiece that has openings in the base, through which the client's own hair is pulled to blend with the (natural or synthetic) hair of the hairpiece. These hairpieces are very lightweight, natural-looking products that add length and volume to the client's hair. If your client is wearing hair extensions and would like a change, the integration hairpiece can be a good alternative. It is also recommended for clients with thinning hair, but not for those with total hair loss, as the scalp is likely to show through (figures 19-17 and 19-18).



**figure 19-19**
Male hair-enhancement client



**figure 19-20**
The same client fitted with a toupee

### *Toupees*

While men usually are the clients for toupees, women can also wear these hairpieces. A toupee (too-PAY) is a small wig used to cover the top and crown of the head. The fine-net base is usually the most appropriate material for the client with severe hair loss. There are two ways to attach toupees: temporary (tape or clips) or semipermanent (tracks, adhesive, or sewing).

Most wearers of toupees prize the confidence gained from wearing an authentic-looking hairpiece and are prepared to pay a high price for it. The best toupees are custom designed. The top manufacturers offer in-depth instruction for those interested in learning this specialty service (figures 19-19 and 19-20).

### *Fashion Hairpieces*

Fashion hairpieces are a great salon product for special occasions or for use as fashion accessories. They include ponytails, chignons, cascades, streaks, bangs, falls/half wigs, and clip-in hair extensions.

Photography from the Gabor Collection, supplied by Eva Gabor International.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 19-21**
A client before fitting with
a wraparound ponytail



**figure 19-22**
Client's own ponytail



**figure 19-23**
Attaching the hairpiece

These hairpieces vary in size and usually are constructed on a stiff net base. They are attached, temporarily, with hairpins, clips, combs, bobby pins, or elastic.

Three hair extension methods are:

- **Wraparound Ponytail.** The wraparound ponytail is a long length of wefted hair that covers 10 to 20 percent of the head. It is used as a simple ponytail or in chignons. It is particularly useful for the client who can just get her own hair into a ponytail. (figures 19-21 through 19-25).

- **Cascading Curls.** A cascade of curls is attached with combs. This hair extension fall or attachment allows the client to have longer, fuller cascading curls covering the entire top and back of the head (figures 19-26 through 19-30).

- **Hair Wrap.** A hair wrap is mounted on an elastic loop. It is further secured to the client's own hair with hairpins. This is a simple way to add a little additional hair to a ponytail (figures 19-31 through 19-34).



**figure 19-24**
Wrapping the band around
the ponytail base



**figure 19-25**
Same client with a new, much
longer ponytail



**figure 19-26**
Client before fitting with
comb-attached curls



**figure 19-27**
Brushing the client's hair into
a ponytail

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 19-28**
Attaching the combs



**figure 19-29**
Adjusting the hairpiece



**figure 19-30**
Cascade of curls



**figure 19-31**
Client before fitting with a hair wrap

*After reading the next few sections, you will be able to:*

LO Review several different methods of attaching hair extensions.

# Study the World of Hair Extensions

**Hair extensions** are hair additions that are secured to the base of the client's natural hair in order to add length, volume, texture, or color. Extensions can be human hair, synthetic hair, or a blend of the two. They are either wefts of hair or strands (small bundles of hair); the latter are attached one-by-one and are usually pre-bonded or keratin-tipped. Unless they are clip-in extensions, they are applied with semipermanent attachment methods.

Hair extensions represent an increasingly popular salon service, not only for clients who are looking for something different but also for those



**figure 19-32**
Brushing client's hair into a ponytail



**figure 19-33**
Securing the hairpiece with hairpins



**figure 19-34**
An easy, dressed-up look

Photography by Tom Carson. Hair: Jenna Kreger & Alyssa Hartrick. The Brown Institute.

586    PART 3 | HAIR CARE

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

who have naturally fine hair or who suffer from hair loss. Hair extensions are extremely popular among celebrities, who never seem to have thin hair and who seem to magically grow their hair long overnight.

Manufacturers generally offer their own method of training in the attachment of hair extensions, but there are certain general guidelines to keep in mind:

- Start by deciding whether you are adding length, thickness, or both.

- Know which final style you are striving to achieve, and map it out. Sketch or visualize a placement pattern.

- As a general rule of thumb, stay 1 inch (2.5 centimeters) away from the hairline at the front, sides, and nape, and 1 inch away from the part.

- With very thin hair, you must be careful that the base does not show through.

- Curly hair tends to expand and can give the illusion of being thicker than it really is. When working with curly hair, you will need to determine whether you are matching the curl or whether you wish to add another curl pattern to the hair.

- Straight, thin hair and curly, thin hair may have similar density, but curly hair will appear thicker. This means you may not need to put as many extensions in curly hair as in straight hair.

- As you now know, there are many different ways to attach hair additions. When it comes to extensions, methods include braid-and-sew, simple bonding (also known as *fusion bonding*), linking, and tube shrinking.

The most important professional approaches to hair addition and extension services should be practiced—always in the following order:

**1.** Safety for the client's own hair.

**2.** Comfort—There should be no pulling or pinching; avoid excess tension on the natural hair.

**3.** Security—Make certain the additions will not fall off. If they are attached with a semipermanent method such as braid-and-sew, bonding, or fusion bonding, be certain that they will last several weeks before they are removed or require readjustment to accommodate the natural hair's growth.

**4.** Style and fashion.

---

 **FOCUS ON**

**Sharpening Your Skills**

In order to achieve a natural look, it is crucial that you blend the client's hair with the hairpiece. You must match both the color and the wave pattern. If the client has naturally wavy hair, it is wise to find a hairpiece with a wave pattern that matches the client's. To match the color, use the color ring. Most hairpieces come in many colors, so it is relatively easy to match to the client's hair. You cannot color a synthetic hairpiece, so any custom coloring to achieve a match must be performed on the client's hair.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 19-35**
Cornrow braid track



**figure 19-36**
Hair extensions using the braid-and-sew attachment method

## Braid-and-Sew Method

In the **braid-and-sew method**, hair extensions are secured to the client's own hair by sewing braids or a weft onto an on-the-scalp braid or cornrow, which is sometimes called the track (figure 19-35). The wefts can also be attached by creating a track, using fiber filler. The filler and hair from the scalp are braided together, using an underhand braiding technique. The filler helps grip the client's own hair and creates a longer-lasting braid, to which you attach the weft. The angle of the track determines how the hair will fall. You may position braids or tracks horizontally, vertically, diagonally, or along curved lines that follow the contours of the head (figure 19-36). The braid-and-sew method can also be used to attach hairpieces.

Partings are determined according to the style you have chosen. The size of the sections is determined by the amount of hair that will be added to the head. Plan the tracks or braids so that the ends will be hidden. It is best to position them 1 inch (2.5 centimeters) behind the hairline to ensure proper coverage.

When sewing on the extension, use only a blunt, custom-designed needle, either straight or curved. These blunt ends will help avoid damage to the hair and will protect you and the client as well. Extensions can be sewn to the track using a variety of stitches.

- **Lock stitch.** A sewing technique used with a curved needle and thread to sew on a weft of hair to a braided cornrow track. This stitch can also be used over the entire length of the track in evenly spaced stitches (figures 19-37 through 19-39).

- **Overcast stitch.** This simple, quick stitch can be used to secure the entire length of the weft to the track. Pass the needle under both the track and the weft, and then bring it back over to make a new stitch. Moving along the track, repeat the stitch until you reach the end of the track. Complete with a lock stitch for security (figures 19-40 and 19-41).

- **Double-lock stitch.** This stitch is much like the lock stitch, but the thread is wound around the needle twice to create the double lock. It is used in the same ways as the lock stitch.

Photography by Tom Carson. Hair: Kristian Bailey. The Brown Institute.



**figure 19-37**
Sew weft to braid.



**figure 19-38**
Wrap the thread around the needle.



**figure 19-39**
Form lock stitch.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 19-40**
Finished overcast stitches



**figure 19-41**
Complete line of overcast stitching

### Advantages

- Advantages of the braid-and-sew method include the fact that, if done correctly, it is a very safe technique (figures 19-42 and 19-43).

- The braid-and-sew attachment method requires no special equipment, and, with practice, you can do it fairly quickly.

### Disadvantages

- Drawbacks include, if there is too much tension on the braid, the client's real hair can be damaged.

- Also, the braid-and-sew attachment method is not appropriate for clients who have extremely damaged hair, clients who have baby-fine hair (because breakage can occur), or clients who don't keep their scalps clean.

## Bonding Method

In the **bonding** method of attaching hair extensions, hair wefts or single strands are attached with an adhesive or bonding agent.

<div style="writing-mode: vertical-rl">Courtesy of www.GarlandDrake.com. Photography by Raymond Drake.</div>



**figure 19-42**
Before braid and sew extensions



**figure 19-43**
After braid and sew extensions

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

The adhesive is applied to the weft with an applicator gun. This gun is not like those available in crafts stores; it is a tool created specifically for bonding.

For bonding, the natural hair should be at least four-inches long. Bonded hair sits snugly on the head, and is fast to apply (figures 19-44 and 19-45). There is, however, a certain degree of slippage. Generally, the bonding product lasts from two to four weeks, depending on factors such as the frequency of shampooing, the oiliness or dryness of the scalp, and the quality of the products used. This means that the client will need to be on a maintenance program that requires salon visits as often as every two weeks. Care must be taken when bonding to avoid working too close to the crown and the parting, or the weft will show through. Working 1 inch (2.5 centimeters) away from the hairline will also keep the wefts from showing. Remember that hair is not a static material; it has a natural swing, and it moves. When the wind blows, it should be the hairline that shows, not the wefts.

Bonded wefts are removed by dissolving the adhesive bond with oil or bond remover. The same technique can be used with loose hair or wefts that are cut into very small sections. This is called **strand bonding**.

### Advantages

- Two advantages of bonding are that it can be offered at a very affordable price and the service does not take much longer than the average haircut appointment.

- Also, the client can shampoo with the wefts in, as long as it is done gently.



**figure 19-44**
Client before bonding hair attachment method



**figure 19-45**
Client after bonding hair attachment method

Photography by Tom Carson. Academy Pro Hair Extensions.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

Photography by Tom Carson. Hair: Kathy McCaffrey. Kathy Adams Salon.

**Disadvantages**

- One drawback of bonding is that some clients may have an allergic reaction to the ingredients in the bonding adhesive. Always perform a patch test prior to the application of bonded extensions, especially when using a latex-based adhesive.

- Also, bonding is not appropriate for clients who have severely damaged hair or those who do not have enough natural hair to hide the wefts. The wefts cannot be exposed to oils or they will slide off.

- In general, bonding should *not* be used to attach wefts that are longer than 12 inches (30 centimeters) to avoid excessive heaviness and the possibility of pulling on the client's natural hair and scalp.

## Fusion-Bonding Method

In the **fusion-bonding** method of attaching extensions, individual extension hair is bonded to the client's own hair with a bonding material that is activated by the heat from a special tool. This method, while expensive and extremely time-consuming, harmonizes with the client's natural hair with no uncomfortable or unattractive attachment sites. The bonds are light and comfortable to wear, the hair moves like real hair, and the hair is easy to maintain (**figure 19-46**). The attachment lasts up to four months, almost twice as long as other methods. Removal is quick and painless. The fusion method requires certification training because it is manufacturer specific.

Some fusion-bonding procedures involve wrapping a keratin-based strip around both the client's hair and the extension or applying the bond to the extension first with a special gun-applicator. Today, many of the extensions or addition strands are pre-tipped or keratin-tipped. In fusion bonding, natural strands along a parting are selected and then isolated with a hair shield



**figure 19-46**
Hair extensions using the fusion bonding attachment method

## Advantages

- One advantage of fusion bonding is that the client's hair will dry more quickly than when bonding full wefts because there is less bulk.

- By using extensions in slightly different colors, you can create the illusion of depth and dimension or a highlighted effect.

- This method also allows for styling versatility.

## Disadvantages

- Drawbacks include the fact that the technique is time-consuming.

- The pre-tipped extensions are expensive. Some suppliers will take back the extension hair and re-tip it, which saves costs and reduces waste; others will not. Applying the adhesive or bonding material yourself avoids this issue, but can be messier and even more time-consuming.

CHAPTER 19 | WIGS AND HAIR ADDITIONS    591

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



**figure 19-47**
Linking

Courtesy of www.GarlandDrake.com. Photography by Raymond Drake.

## Linking

In **linking**, a hook is used to pick up a small amount of hair off a parting. A link is slid on close to the scalp with a special tool. Then an extension or special addition strand is inserted into the link (figure 19–47). Once the extension and the natural hair are captured in the link, the link is pinched flat with pliers. Once removed properly with a removal tool (pliers), the extensions can be reused. To use a linking method of attachment, the natural hair should be at least 5 inches (12.5 centimeters)long.

## Advantages

- Linking offers styling versatility
- The integrity of the natural hair can be maintained if the procedure is done properly.

## Disadvantages

- Drawbacks are that this method is expensive and time-consuming.
- Also, the metal links can oxidize (rust).

## Tube Shrinking

In tube shrinking, the client's hair and the addition strand are inserted into a tube, which is then heated to shrink it. This method requires special tools and training.

As with all semipermanent attachment methods for hair extensions, various problems can arise. Usually, these problems are caused by the stylist or the client and not the material.

Stylists must follow a logical placement pattern carefully, pay attention to natural growth patterns, and provide complete home-care instructions. Clients must follow home-care instructions carefully to keep the hair neat and clean. They must also return to the salon regularly for maintenance.

## Retailing Hair Addition Products

Simple hairpieces are a great retail product for the salon. They can be displayed in fun, creative ways. Because they are fairly easy to attach and remove, they almost sell themselves, particularly to younger, more adventurous clients (figure 19-48). Retailing hair additions and related home-care products can mean substantial additional income for you. Offering hair-addition services can be lucrative for the highly trained stylist.

Whether retailing hair goods or offering hair-addition services, keep the following guidelines in mind:

- Identify the client's needs.
- Explain why it would be worthwhile for the client to make the investment.
- Describe the features and benefits of the products you recommend.

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

- Discuss product performance and cost.
- Choose high-quality hairpieces and extensions.
- Always believe in your recommendations and stand by your products.
- Price services according to time spent on the service, materials, your expertise, and what the local market will bear.

To be the best, work only with the best. Work with one or two companies that offer a good range of human and synthetic hair, high-quality products, good customer service, and first-rate support, as well as product education through training, seminars, and videos. Always stick with companies that stand by their products.

## A Final Thought: Practice, Practice, Practice

Working with hair additions can be one of the most exciting, challenging, and lucrative areas of cosmetology. But to become skilled at this work, you need to take specialized, formal training and practice continually. The more you do, the better you will become. The better you become, the more you will be able to help people look good and feel good about themselves. There is a great satisfaction in being able to do this, particularly when working with people who have suffered the trauma of hair loss and may have given up hope that they could look good again (figure 19-49).



Photography by Tom Carson. Hair: Debra McGarvey. Debra M Salon

**figure 19-48**
Offering hair addition services can be rewarding and lucrative for the highly trained stylist.



Photography by Tom Carson. Academy Pro Hair Extensions.

**figure 19-49**
A cascade of curls hair extensions

CHAPTER 19 | WIGS AND HAIR ADDITIONS     593

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

# REVIEW QUESTIONS

1. What are hair extensions?

2. What are the main advantages and disadvantages of human hair and synthetic hair?

3. What are the two basic categories of wigs?

4. What are three types of hairpieces and how are they used?

5. What are fashion hairpieces and list three methods of attachments.

6. What are three primary wig measurements?

7. What are the basic methods of hair cutting and trimming wigs?

8. What are five methods for attaching hair extensions? Describe each.

# STUDY TOOLS

- **Reinforce what you just learned:** Complete the activities and exercises in your Theory or Practical Workbook, or your Study Guide.

- **Expand your knowledge:** Search for websites about the topics in this chapter and make a list of additional resources.

- **Study and prepare for your quiz:** Take the chapter test in your Exam Review or your Milady U: Online Licensing Prep.

- **Re-Test your knowledge:** Take the Chapter 19 *Quizzes*!

- **Learn even more:** Look up in a dictionary or search the internet for the definitions for any additional terms you want to learn about.

# CHAPTER GLOSSARY

| | | |
|---|---|---|
| block | p. 579 | Head-shaped form, usually made of canvas-covered cork or Styrofoam, on which the wig is secured for fitting, cleaning, coloring, and styling. |
| bonding | p. 589 | Method of attaching hair extensions in which hair wefts or single strands are attached with an adhesive or bonding agent. |
| braid-and-sew method | p. 588 | Attachment method in which hair extensions are secured to the client's own hair by sewing braids or a weft onto an on-the-scalp braid or cornrow, which is sometimes called the track. |
| cap wigs | p. 577 | Wigs constructed of elasticized, mesh-fiber bases to which the hair is attached. |
| capless wigs | p. 577 | Also known as *caps*; machine-made from human or artificial hair which is woven into rows of wefts. Wefts are sewn to elastic strips in a circular pattern to fit the head shape. |
| fallen hair | p. 576 | Hair that has been shed from the head or gathered from a hairbrush, as opposed to hair that has been cut; the cuticles of the strands will move in different directions (opposite of turned or Remi hair). |

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

| | | |
|---|---|---|
| **fusion bonding** | p. 591 | Method of attaching extensions in which extension hair is bonded to the client's own hair with a bonding material that is activated by heat from a special tool. |
| **hair extensions** | p. 586 | Hair additions that are secured to the base of the client's natural hair in order to add length, volume, texture, or color. |
| **hairpiece** | p. 577 | Small wig used to cover the top or crown of the head, or a hair attachment of some sort. |
| **hand-tied wigs** | p. 578 | Also known as *hand-knotted wigs*; wigs made by inserting individual strands of hair into mesh foundations and knotting them with a needle. |
| **integration hairpiece** | p. 584 | Hairpiece that has openings in the base through which the client's own hair is pulled to blend with the hair (natural or synthetic) of the hairpiece. |
| **linking** | p. 592 | Method of attaching hair extensions in which a hook is used to pick up a small amount of hair off a parting. A link is slid on close to the scalp with a special tool. Then an extension or special addition strand is inserted into the link. |
| **machine-made wigs** | p. 578 | Wigs made by machine by feeding wefts through a sewing machine and then sewing them together to form the base and shape of the wig. |
| **semi-hand-tied wigs** | p. 578 | Wigs constructed with a combination of synthetic hair and hand-tied human hair. |
| **strand bonding** | p. 590 | Bonding method with loose hair or wefts that are cut into very small sections |
| **toupee** (too-PAY) | p. 584 | Small wig used to cover the top or crown of the head. |
| **turned hair** | p. 576 | Also called *Remi hair*; the root end of every single strand is sewn into the base so that the cuticles of all hair strands move in the same direction: down. |
| **wefts** | p. 577 | Long strips of human or artificial hair with a threaded edge. |
| **wig** | p. 577 | Artificial covering for the head consisting of a network of interwoven hair. |

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.



20

CHEMICAL TEXTURE
SERVICES