UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2022
```

COVET & MANE, LLC,

                Plaintiff,

v.

INVISIBLE BEAD EXTENSIONS, LLC,

                Defendants.

Case No. 21 Civ. 07740 (JPC)(RWL)

**MOTION TO FILE DOCUMENT UNDER SEAL**

      Pursuant to Rule B of the Rules for Redactions and Filing Under Seal in Appendix A of the Individual Practices in Civil Cases of Robert W. Lehrburger, United States Magistrate Judge, as of September 28, 2021, Plaintiff Covet & Mane, LLC ("Plaintiff" or "C&M") hereby moves to file both (i) "Plaintiff Covet & Mane's Memorandum of Law in Support of Its Motion to Amend Its Complaint", (ii) "Affirmation of Laura-Michelle Horgan in Support of Plaintiff Covet & Mane, LLC's Motion to File an Amended Complaint", and (iii) "Plaintiff's Proposed Second Amendment Complaint" under seal.

      The reason Plaintiff seeks to file its documents under seal is that Defendant Invisible Bead Extensions, LLC ("Defendant" or "IBE") has designated the entirety of its document production on August 11, 2022, 8,358 pages of documents, Bates Nos. IBE0002637 – 10,995, as Attorney's Eyes Only pursuant to the So-Ordered Confidentiality Agreement, Filed on March 3, 2022, as ECF Doc. No. 48. Defendant has also designated the deposition of third-party witness, Cassadi Currier, and portions of the Fed. R. Civ. P. 30(b)(6) deposition of IBE, and the depositions of IBE's principals, Tyler Turley and McKenzie Turley, as Attorney's Eyes Only pursuant to the So-Ordered Confidentiality Agreement. Since the documents to be filed by Plaintiff summarizes

certain documents and portions of testimony from these depositions that IBE has designated Attorney's Eyes Only, Plaintiff hereby requests to file these documents and transcripts under seal.

Dated: New York, New York
       September 28, 2022

Respectfully submitted,

By: ___/s/___
Laura-Michelle Horgan

**BARTON LLP**
711 Third Avenue, 14th Floor
New York, New York 10017
Tel.: (212) 687-6262
Fax: (212) 687-3667
mross@bartonesq.com
lmhorgan@bartonesq.com

*Attorneys for Plaintiff*
*Covet & Mane, LLC*

---

The motion to seal is denied without prejudice for two principal reasons. First, the Court is concerned that IBE may have been overbroad in its designation of material as confidential attorney's eyes only. Second, C&M has been overbroad in seeking to seal the entirety of its motion papers rather than properly redacting only the material designated as confidential. Accordingly, by October 6, 2022, IBE shall provide to C&M a letter identifying which specific material submitted as part of C&M's motion to amend IBE in good faith claims as confidential attorney's only or otherwise subject to sealing. IBE must provide a brief explanation for each such designation. By October 13, 2022, C&M shall refile public versions of its motion-to-amend papers that redact only the information specifically designated as confidential attorney's eyes only or otherwise qualifying for sealing under the governing protective order. This order does not alter the existing deadlines for IBE's opposition or C&M's reply for the motion to amend.

SO ORDERED:

9/29/2022   ___/s/___

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE