

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

October 13, 2022

**VIA ECF ONLY**

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/13/2022

      Re:   *Covet & Mane, LLC v. Invisible Bead Extensions, LLC*
             <u>Case No. 21-cv-07740-(JPC) (RWL)</u>

Dear Magistrate Judge Lehrburger:

      We represent defendant/counterclaim plaintiff Invisible Bead Extensions, LLC ("IBE") in connection with the above-captioned matter. We write to the Court now pursuant to Your Honors' Individual Rules and Practices to request a brief extension of time, until **Wednesday, October 19, 2022**, for IBE to file its opposition to plaintiff's Covet & Mane, LLC ("C&M") motion for leave to file an amended complaint. (ECF No. 131.) C&M consents to this request.

      Pursuant to Fed. R. Civ. P. 6(b)(1)(A), IBE submits good cause exists for the requested extension of time, including the undersigned's recent observance of the Jewish High Holidays which have occurred this year during weeks days, the press of other

Hon. Robert W. Lehrburger, U.S.M.J.
October 13, 2022
Page 2 of 2



matters before this and other courts, as well as unexpected childcare issues that arisen in recent days.

In further compliance with §I(F) of Your Honor's Individual Practices, IBE advises the Court as follows:

i. IBE's originally scheduled dated to file its opposition was October 12, 2022. (ECF No. 118.) C&M then filed a request for an extension of time to file its opening brief, which in turn extended IBE's time to file its opposition until October 14, 2022. (ECF No. 127.)

ii. A request for an extension of time pertaining to the motion was previously filed by C&M and granted by the Court. (*See id.*)

iii. C&M consents to the foregoing request, albeit, as IBE understands it, conditioned upon supplemental productions from IBE and third-parties being produced to it in the coming days. (A copy of the parties written correspondence in connection with this request dated October 12 and 13, 2022 is attached hereto as Exhibit A.)

iv. C&M proposes that its reply memorandum be filed by **November 14, 2022** for the reasons set forth in Exhibit A.

The Court's continued attention to this matter is appreciated.

> Respectfully submitted,
> MANDELBAUM BARRETT PC
>
> Joel G. MacMull

cc: All Counsel of Record (*via ECF only*)

> Request granted. Defendant opposition due Oct. 19, 2022. Plaintiff reply due Nov. 14, 2022.
>
> SO ORDERED:
>
> 10/13/2022
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE