**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COVET & MANE, LLC,

Plaintiff,

v.

INVISIBLE BEAD EXTENSIONS, LLC,

Defendant.

21 Civ. 7740 (JPC)(RWL)

**AFFIRMATION OF LAURA-MICHELLE HORGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**LAURA-MICHELLE HORGAN**, being duly sworn, deposes and says:

1. I am a partner of the law firm Barton LLP, attorneys for Plaintiffs Go New York Tours, Inc. ("Go New York" or "Plaintiff") in the instant proceeding.

2. I submit this Affirmation and attached exhibits in support of Plaintiff Covet & Mane's Motion to Amend its First Amended Complaint, dated January 10, 2022 (the "FAC"), to add claims to invalidate a patent that issued to Defendant Invisible Bead Extensions, LLC ("Defendant" or "IBE") on August 23, 2022. Plaintiff Covet & Mane also seeks to amend the FAC to add Kitsune Hair Co., L.L.C. ("Kitsune") and its co-owners, McKenzie Turley and Cassadi Currier, as defendants to this action and to assert claims against based upon documents and testimony that was obtained by Covet & Mane's counsel in the past month.

3. A copy of Plaintiff's proposed Second Amended Complaint (the "SAC") is annexed hereto as **Exhibit 1.**

4. Plaintiff filed the FAC on January 10, 2022. A true and correct copy of the FAC is annexed hereto as **Exhibit 2.**

5. The SAC is supported by the Affidavit of Dafina Smith, sworn to on September 28, 2022, with exhibits (the "Smith Affidavit") and which incorporated by reference therein.

6. On September 3, 2022, Plaintiff C&M issued document requests to Defendant IBE on January 21, 2022 (the "Initial Requests"). A true and correct copy of the Initial Requests is annexed hereto as **Exhibit 3**,

7. On March 22, 2022, Plaintiff served deposition notices to IBE, McKenzie Turley and Tyler Turley. True and correct copies of these notices are annexed hereto, respectively, as **Exhibit 4**, **Exhibit 5**, and **Exhibit 6**.

8. On May 6, 2022, I provided search terms to Defendant's counsel pursuant to the Stipulation and Order Concerning Production of Electronically Stored Information entered by the Court on March 3, 2022 (ECF Doc. No. 49). A true and correct copy of my email to IBE's counsel is annexed hereto as **Exhibit 7**.

9. The parties agreed to conduct the Fed. R. Civ. P. 30(b)(6) deposition of IBE on August 17, 2022 in St. George, Utah. The depositions of McKenzie Turley, Tyler Turley and Cassadi Currier were scheduled to be conducted immediately thereafter.

10. On August 11, 2022, just three business days before the first deposition of IBE's witnesses, IBE produced a link to 8,358 pages of documents, Bates Nos. IBE0002637 – 10,995. A true and correct copy of the email that I received from James Spendlove is annexed hereto as **Exhibit 8**. As Mr. Spendlove states in his email, even at that time, there were outstanding responses owed to C&M.

11. Although IBE's counsel had previously mentioned efforts to recover "What's App" communications, I had no other notice that the bulk of IBE's production had been outstanding for months. I also had no advance warning of the scope of this production or that it would be provided just days before the depositions of IBE were scheduled to begin.

12. I reviewed the bulk of this production while traveling from New York to St. George, Utah for the depositions, during the depositions, and while traveling back from St. George, Utah to New York after the depositions.

13. The documents were a treasure trove of information that supported Plaintiff's existing claims and claims that it would have brought if it had previously had access to this information.

14. The documents confirmed that Ms. Turley and her 50% partner in Kitsune, Cassadi Currier, secretly began designing a line of hair wefts and tools for Kitsune to replace the C&M hair wefts and hair tools that had been created by C&M for IBE.

15. Among other almost shocking revelations, these documents confirm that:

a. Ms. Currier purportedly was able to [redacted] (IBE004896)[1];

b. that Ms. Currier was [redacted] (IBE004880-93)[2];

---

[1] A true and correct copy of this document is annexed hereto as **Exhibit 9**.
[2] A true and correct copy of this document is annexed hereto as **Exhibit 10.**

c. that Ms. Turley and Ms. Currier were [redacted] (IBE004894-97)[3];

d. that Ms. Turley and Ms. Currier [redacted] (*see, e.g.*, IBE004938- 39 in which [redacted])[4]

e. that Ms. Turley and Ms. Currier designed two textured hair wefts for their Kitsune line based upon C&M samples (IBE004987-94)[5];

f. that Ms. Currier created a "Covet Color Key" for Kitsune that compared the closest "color matches" to the C&M colors (IBE008966-68)[6];

g. that Ms. Turley and Ms. Currier discussed how the new Kitsune line of hair wefts would be rooted and dyed, a process that has been identified as a trade secret by C&M, in addition to other manufacturing details (*see, e.g.,* IBE004935-4950)[7];

---

[3] A true and correct copy of this document is annexed hereto as **Exhibit 11.**
[4] True and correct copies of these documents are annexed hereto as **Exhibit 12.**
[5] A true and correct copy of this document is annexed hereto as **Exhibit 13.**

[6] A true and correct copy of this document is annexed hereto as **Exhibit 14.**

[7] A true and correct copy of this document is annexed hereto as **Exhibit 15.**

h. that Ms. Turley and Ms. Currier compared the new Kitsune wefts that they were designing side-by-side with C&M hair wefts (IBE04902; IBE004883)[8]

i. that Ms. Turley and Ms. Currier discussed C&M's pricing and confidential cost structure, and that Ms. Turley advised Ms. Currier to tell stylists that Kitsune prices would be "comparable to CM" (IBE004898-IBE005143)[9]; and

j. that Ms. Turley communicated confidential information about C&M's production times to Ms. Currier in connection with manufacturing the Kitsune line IBE004873)[10].

16. On August 17, 2022, the deposition of Tyler Turley was taken. A true and correct copy of the transcript is annexed hereto as **Exhibit 19.**

17. On August 18, 2022, and August 19, 2022 the deposition of McKenzie Turley was taken. True and correct copy of the respective transcripts are annexed as **Exhibit 20** and **Exhibit 21.**

18. On August 19, 2022, the deposition of Brett Turley was taken. A true and correct copy of the transcript is annexed hereto as **Exhibit 22.**

19. On August 19, 2022, James Spendlove, Esq. provided me with a written response to the Subpoena to Ms. Currier which in sum stated that she had no documents that had not been produced by IBE. A true and correct copy of this response is annexed hereto as **Exhibit 23**.

20. On August 22, 2022, the deposition of Cassadi Currier was taken. A true and correct copy of the transcript is annexed hereto as **Exhibit 24.**

---

[8] True and correct copies of these documents are annexed hereto as **Exhibit 16**.

[9] True and correct copies of these documents are annexed hereto as **Exhibit 17.**

[10] A true and correct copy of this document is annexed hereto as **Exhibit 18**.

21. These depositions confirmed that IBE has failed to produce scores documents responsive to C&M's requests that were issued months ago. Based upon testimony from Mr. and Ms. Turley, these documents that remain outstanding include, but are not limited to:

a. financial statements and bank records evidencing IBE's sales of hair wefts and revenues and profits derived from education programs;

b. copyright registrations owned by IBE;

c. documents relating to Ms. Turley's very limited experience in cosmetology and hair extensions in particular; and

videos created by IBE comparing C&M's hair extensions with other brands, which videos wrongly used confidential information provided by C&M

22. On September 2, 2022, the deposition of Linda Freeman was taken. A true and correct copy of the transcript is annexed hereto as **Exhibit 25.**

23. On Monday, September 19, 2022, Taylor Andrews, the cosmetology school where McKenzie Turley received her hair extensions training, produced documents relevant to McKenzie Turley's experience in hair extensions. These were promptly shared with opposing counsel that same day.

24. Attached are true and correct copies of cease-and-desist letters sent by Robert Spendlove, Esq. as **Exhibit 26.**

25. On July 21, 2022, and July 22, 2022, the deposition of Dafina Smith was taken. True and correct copies of the transcripts for both days are annexed hereto as **Exhibit 27 and Exhibit 28** respectively.

26. On September 9, 2022, a letter was sent to Robert Spendlove and Joel MacMull requesting outstanding documents discovered at the depositions of both McKenzie Turley and Tyler Turley. A true and correct copy of that letter is annexed hereto as **Exhibit 29.**

27. On September 7, 2022, a letter was sent to Robert Spendlove and Joel MacMull requesting outstanding documents discovered at the deposition of Cassadi Currier. A true and correct copy of that letter is annexed hereto as **Exhibit 30.**

28. To date, the documents requested in these letters have not been produced.

Dated: New York, New York
September 28, 2022

**By:** ______________________

**LAURA-MICHELLE HORGAN**