**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COVET & MANE, LLC,

                Plaintiff,

      v.

INVISIBLE BEAD EXTENSIONS, LLC,

                Defendants.

Case No. 21 Civ. 07740 (JPC)(RWL)

**MOTION TO FILE**
**DOCUMENTS UNDER SEAL**

      Pursuant to Rule B of the Rules for Redactions and Filing Under Seal in Appendix A of the Individual Practices in Civil Cases of Robert W. Lehrburger, United States Magistrate Judge, as of September 28, 2021, Plaintiff Covet & Mane, LLC ("Plaintiff" or "C&M") hereby moves to file portions of both "Plaintiff Covet & Mane's Reply Memorandum of Law in Further Support of Its Motion to Amend Its Complaint" and the "Reply Declaration of Laura-Michelle Horgan in Further Support of Plaintiff's Motion For Leave to File an Amended Complaint" under seal.

      The reason Plaintiff seeks to file documents under seal is that Defendant Invisible Bead Extensions, LLC ("Defendant" or "IBE") has designated the documents cited therein as either "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" pursuant to the So-Ordered Confidentiality Agreement, Filed on March 3, 2022, as ECF Doc. No. 48. Defendant has also designated the deposition of third-party witness, Cassadi Currier, and portions of deposition of McKenzie Turley as either "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" pursuant to the So-Ordered Confidentiality Agreement.

      Accordingly, due to the fact that documents to be filed by Plaintiff summarizes certain documents and portions of testimony from these depositions, Plaintiff hereby requests to file its brief and certain documents under seal. Plaintiff is hereby filing redacted copies of both the reply

brief and declaration in tandem with this Motion to Seal and sending unredacted copies to Chambers.

Dated: New York, New York
       November 14, 2022

Respectfully submitted,

By: _____
    Laura-Michelle Horgan

**BARTON LLP**
711 Third Avenue, 14th Floor
New York, New York 10017
Tel.: (212) 687-6262
Fax: (212) 687-3667
mross@bartonesq.com
lmhorgan@bartonesq.com

*Attorneys for Plaintiff*
*Covet & Mane, LLC*

The motion to seal is denied without prejudice for not following the procedures set forth in my Individual Rules For Redactions And Filing Under Seal (see Appendix thereto). Moreover, it seems apparent to the Court that several of the documents designated by Defendant as Confidential or Attorneys' Eyes Only do not qualify for sealing. Again, the Court refers the parties to my Rules.

SO ORDERED:

11/15/2022   _____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE