

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

April 3, 2023

**VIA ECF ONLY**

Hon. John P. Cronan, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1960  
New York, New York 10007

Hon. Robert W. Lehrburger, U.S.M.J.  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1960  
New York, New York 10007

Re: *Covet & Mane, LLC v. Invisible Bead Extensions, LLC*  
<u>Case No. 21-cv-07740 (JPC) (RWL)</u>

Dear Judge Cronan and Magistrate Judge Lehrburger:

We represent defendant/counterclaim plaintiff Invisible Bead Extensions, LLC ("IBE") in connection with the above-captioned matter. We write to the Court, with the consent of plaintiff Covet & Mane LLC's ("C&M" or "Plaintiff"), to request a brief extension of time, until **April 11, 2023**, for IBE to file its Objections to the Court's Report and Recommendation dated March 23, 2023 (ECF No. 175) for the reasons set forth below.

Pursuant to Fed. R. Civ. P. 6(b), we submit good cause exists for the requested brief extension of time. This coming week marks the beginning of the Jewish festival of Passover, which the undersigned observes.

In further compliance with Your Honors' Rules, IBE further states as follows:

i. The original date for IBE to file its Objections is April 6, 2023;
ii. No prior request for an extension of time for IBE to file its Objections been made; and
iii. C&M consents to the foregoing request.

Hon. John P. Cronan, U.S.D.J.
Hon. Robert W. Lehrburger, U.S.M.J.
April 3, 2023
Page 2 of 2



The Court's continued attention to this matter is appreciated.

Respectfully submitted,

Joel G. MacMull

cc: All Counsel of Record (*via ECF only*)

This request is granted. The parties shall have until April 11, 2023 to object to the Report and Recommendation.

SO ORDERED.
Date: April 6, 2023
New York, New York

JOHN P. CRONAN
United States District Judge