```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
COVET & MANE, LLC,                                               :
                                                                 :
                            Plaintiff,                           :
                                                                 :    21 Civ. 7740 (JPC) (RWL)
            -v-                                                  :
                                                                 :           ORDER
INVISIBLE BEAD EXTENSIONS, LLC,                                  :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff shall file a brief in opposition to Defendant's Objection to the Report and Recommendation of Judge Lehrburger, Dkt. 190, by May 8, 2023. The deadline for any reply is May 15, 2023.

SO ORDERED.

Dated: April 24, 2023
       New York, New York

                                                         _____
                                                                 JOHN P. CRONAN
                                                            United States District Judge