```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COVET & MANE, LLC,

      Plaintiff,

 - against -

INVISIBLE BEAD EXTENSIONS, et al.,

      Defendants.
------------------------------------------------------------X

21-CV-7740 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

 Defendant's requests for a stay of discovery with respect to Plaintiff's newly added patent claims and parties (*see* Dkts. 187, 191) are **DENIED** for principally the reasons as set forth in Plaintiff's letters at Dkts. 189 and 193. The Court will enter the scheduling order at Dkt. 187-1.

 The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 187 and 191.

 SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2023
   New York, New York