

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023
```

**Joel G. MacMull, Partner**

jmacmull@mblawfirm.com
973.295.3652 Direct

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

570 Lexington Avenue, 21st Floor
New York, New York 10022
212.776.1834 Main
www.mblawfirm.com

May 2, 2023

**VIA ECF ONLY**

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

      Re:    *Covet & Mane, LLC v. Invisible Bead Extensions, LLC*
                Case No. 21-cv-07740 (JPC) (RWL)

Dear Magistrate Judge Lehrburger:

      We represent Defendants in the above-captioned matter. In writing to the Court yesterday (ECF No. 196), we indicated that Plaintiff had yet to respond to our request for its consent for a one-week extension of time by which to respond to the Second Amended Complaint. (*Id.* at 1.) Plaintiff has now provided Defendants with its consent for this brief extension.

Respectfully,

Joel G. MacMull

cc: All Counsel of Record (*via ECF only*)

Plaintiff's request for a one-week extension to respond to the Second Amended Complaint is granted.

SO ORDERED:

5/2/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Roseland, NJ   Edison, NJ   Elizabeth, NJ   Eatontown, NJ   New York, NY   Boca Raton, FL   Denver, CO

mblawfirm.com